# Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** JFA

City: _____

Superseding Indictment: _____

**Criminal No.** _____

County: Outside the US

Same Defendant: _____

New Defendant: X

Magistrate Judge Case No. 1:16MJ213

**Arraignment Date:** _____

Search Warrant Case No. _____

R. 20/R. 40 From: _____

## Defendant Information:

**Defendant Name:** MOHAMAD JAMAL KHWEIS    Alias(es): _____    ☐ Juvenile  FBI No. _____

**Address:** _____

Employment: _____

**Birth Date:** 1989    **SSN:** _____    **Sex:** Male    Race: _____    Nationality: _____

**Place of Birth:** PG County, MD    Height: ___    Weight: ___    Hair: ___    Eyes: ___    Scars/Tattoos: ___

☐ **Interpreter**  **Language/Dialect:** _____    Auto Description: _____

## Location/Status:

**Arrest Date:** _____    ☐ Already in Federal Custody as of: _____ in: _____

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond _____

## Defense Counsel Information:

**Name:** _____    ☐ Court Appointed    Counsel Conflicts: _____

Address: _____    ☐ Retained    _____

Phone: _____    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** AUSA Dennis M. Fitzpatrick    **Phone:** 703-299-3700    Bar No. _____

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation Special Agent Victoria I. Martinez (p) 202-278-4693

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | USC Title 18 Sec 2339B | Material support to terrorist organiz | 1 | Felony |
| Set 2: | | | | |
| Date: | 05/11/2016 | AUSA Signature: | | _may be continued on reverse_ |