IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT

JAN – 5 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMAD JAMAL KHWEIS,<br><br>Defendant. | Criminal No. 1:16-CR-143<br><br>Count 1: 18 U.S.C. § 2339B<br>    Conspiracy to Provide Material Support to ISIL<br><br>Count 2: 18 U.S.C. § 2339B<br>    Providing and Attempting to Provide Material Support to ISIL<br><br>Count 3: 18 U.S.C. § 924(c)(1)(A)<br>    Use, Carry or Possess Firearms During and in Relation to and in Furtherance of a Crime of Violence<br><br>Forfeiture |

### SUPERSEDING INDICTMENT

### JANUARY 2017 Term – At Alexandria

THE GRAND JURY CHARGES THAT:

### COUNT 1

### CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION

Beginning in at least December 2015, and continuing thereafter up to and including March 14, 2016, in an offense committed outside the jurisdiction of any particular State or district of the United States, the defendant MOHAMAD JAMAL KHWEIS, a United States citizen who last resided in Fairfax County, Virginia, and who was first brought to and found in the Eastern District of Virginia, did knowingly conspire with others to provide "material support

or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel and services, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant ("ISIL"), which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization, knowing that ISIL was a designated foreign terrorist organization, that ISIL engages and has engaged in terrorist activity, and that ISIL engages and has engaged in terrorism.

    (All in violation of Title 18, United States Code, Section 2339B.)

## COUNT 2

## PROVIDING AND ATTEMPTING TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION

Beginning in at least December 2015, and continuing thereafter up to and including March 14, 2016, in an offense committed outside the jurisdiction of any particular State or district of the United States, the defendant MOHAMAD JAMAL KHWEIS, a United States citizen who last resided in Fairfax County, Virginia, and who was first brought to and found in the Eastern District of Virginia, did knowingly provide, and attempt to provide, "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel and services, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant ("ISIL"), which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization, knowing that ISIL was a designated foreign terrorist organization, that ISIL engages and has engaged in terrorist activity, and that ISIL engages and has engaged in terrorism.

(In violation of Title 18, United States Code, Section 2339B.)

## COUNT 3

## FIREARMS OFFENSE

From on or about December 2015, to on or about March 14, 2016, within the extraterritorial jurisdiction of the United States, the defendant MOHAMAD JAMAL KHWEIS did knowingly and unlawfully use and carry firearms during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, conspiracy to provide material support to ISIL, as set forth in Count One of this Superseding Indictment, and he did possess firearms in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, conspiracy to provide material support to ISIL, as set forth in Count One of this Superseding Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## FORFEITURE

THE GRAND JURY FINDS PROBABLE CAUSE THAT THE ASSETS DESCRIBED BELOW ARE SUBJECT TO FORFEITURE.

The United States hereby gives notice to the defendant MOHAMAD JAMAL KHWEIS that, upon his conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and (G) and Title 28, United States Code, Section 2461(c), which require the forfeiture of: (a) any property, real or personal, constituting or derived from proceeds traceable to said offenses; and (b) all assets, foreign or domestic: (i) of any individual, entity or organization engaged in planning or perpetrating any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization; (ii) acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting or concealing any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property; (iii) derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property; or (iv) of any individual, entity or organization engaged in planning or perpetrating any act of international terrorism against any international organization or against any foreign government, including but not limited to the following: (1) $4,151.00 United States dollars; (2) three mobile phones; and (3) SIM/memory cards possessed by the defendant upon his seizure.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a) cannot be located upon the exercise of due diligence;

        (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and (G); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON OF THE GRAND JURY

Dana J. Boente
United States Attorney

By: _____
Dennis M. Fitzpatrick
Assistant United States Attorney
Colleen E. Garcia
Special Assistant United States Attorney

By: _____
Raj Parekh
Trial Attorney
National Security Division
U.S. Department of Justice