IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:16-CR-143-LO |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF RESPONSE**

The United States of America, by and through its undersigned attorneys, hereby gives notice that, pursuant to the Court's March 2, 2017 Order, it has responded to the defense's second CIPA Section 5 Notice.   The defense agrees that the government has complied with the Court's Order.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:          /s/
Raj Parekh
Trial Attorney, Counterterrorism Section
United States Department of Justice
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone:   (202) 616-2428
Email:   raj.parekh@usdoj.gov

Dennis M. Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA   22314
Phone:   (703) 299-3954
Email:   dennis.fitzpatrick@usdoj.gov

Certificate of Service

I hereby certify that on March 7, 2017, I electronically filed the foregoing Government's Notice of Response with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                             /s/
                                    Raj Parekh
                                    Special Assistant United States Attorney
                                    Attorney for the United States
                                    United States Attorney's Office
                                    2100 Jamieson Avenue
                                    Alexandria, VA 22314
                                    (703) 299-3700 (telephone)
                                    (703) 837-8242 (fax)
                                    raj.parekh@usdoj.gov