# **GOVERNMENT'S EXHIBIT 1**

## ADVICE OF RIGHTS

We are law enforcement agents from the FBI in the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited by the decisions of the local authorities.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: Mohamed Khweis

Signature: [signature]

Witness Name(s): Victoria I. Martinez / Brian Czekala

Witness Signature(s): [signatures]

Date/Time/Place: 4/30/2016 / 1:16 pm / Erbil, Iraq

## ADVICE OF RIGHTS

We are law enforcement agents from the FBI in the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited by the decisions of the local authorities.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: Mohamed Khweis

Signature: *[signature]*

Witness Name(s): Victoria J. Martinez / Brian Czekala

Witness Signature(s): *[signatures]*

Date/Time/Place: 4/21/16 1:18 p.m. Erbil

## ADVICE OF RIGHTS

We are law enforcement agents from the FBI in the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited by the decisions of the local authorities.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: _Mohamad Khweis_

Signature: _M.K._

Witness Name(s): _Victoria I Martinez / Brian Czekala_

Witness Signature(s): _[signatures]_

Date/Time/Place: _4/23/2016 / 2:18pm / Erbil, Iraq_

## ADVICE OF RIGHTS

We are law enforcement agents from the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure that you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited by the decisions of the local authorities.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: Mohamed Khweis

Signature: [signature]

Witness Name: TREY TERRY

Witness Signature: [signature]

Date/Time/Place: 5/13/16  1453

## ADVICE OF RIGHTS

We are law enforcement agents from the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure that you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited by the decisions of the local authorities.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: Mohamed Khweis

Signature: /M/Kh-

Witness Name: James Hermanne

Witness Signature: _James Hermanne_

Date/Time/Place: 5/9/2016; 14:15 CTD, ERBFL.

## ADVICE OF RIGHTS

We are law enforcement agents from the FBI in the United States. Even though we are currently airborne and not in the United States, United States laws provide you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure that you understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others. We do not know what, if anything, they said to you, or you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

An American-trained attorney is available to you. However, our ability to provide you access to him may be limited until we arrive in the United States.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: Mohamad Khweis

Signature: *[signature]*

Witness Name(s): Victoria I. Martinez / Eric Glassie

Witness Signature(s): *[signature]* / *[signature]*

Date/Time/Place: 6/8/16  6:52 am (EDT)