FILED

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2017 MAR 30 A 8: 57
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mohamad Jamal Khweis | ) | Case No. 1:16-CR-143-01 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Lauren Lewis, c/o The Executive Office, Department of State
Office of the Legal Adviser
Suite 5.600
600 19th St NW
Washington, DC 20522

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: 04/12/2017 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

See Attachment A

(SEAL)

Date: 9/6/17

CLERK OF COURT

_(signature)_
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing (name of party) Mohamad Jamal Khweis
_____, who requests this subpoena, are:

Phoenix Ayotte Harris, Esq.
~~Harris & Carmichael, PLLC~~ Harris, Carmichael - Ellis, PLLC
1800 Diagonal Road
Alexandria, VA 22314
703-684-7908
PHarris@harriscarmichael.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:16-CR-143-01

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) _Lauren Lewis, Depart. of State, Office of_ _advice_
was received by me on (date) _3/27/2017_.

☒ I served the subpoena by delivering a copy to the named person as follows: _Christina Heffler " Para Legal"_
on (date) _3/27/2017_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _3/27/2017_

_M. Gordon_
Server's signature

_Michael Gordon_
Printed name and title

_600 19th St N.W. DC_
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:16cr143 |
| | ) | |
| MOHAMED JAWAL KHWEIS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

It is hereby ORDERED:

That the United States Marshal Service shall serve Lauren Lewis, c/o The Executive Office, Department of State, Office of The Legal Adviser with the already-issued subpoena to appear on April 12, 2017, and produce the documents described therein; and it is further

ORDERED that the Clerk shall forward a copy of this Order to all counsel of record.

/s/
Liam O'Grady
United States District Judge

Alexandria, Virginia
March 3, 2017

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Mohamad Jamal Khweis | ) | Case No. 1:16-CR-143-01 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: LAUREN LEWIS, c/o the Executive Office, Department of State Office of the Legal Adviser
Suite 5.600
600 19th St N.W.
Washington, D.C. 20522

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square  Alexandria, VA 22314 | Courtroom No.: 700 |
| --- | --- |
| | Date and Time: 04/12/2017 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

(SEAL)

Date: 2/16/17

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Mohamad Jamal Khweis
_____, who requests this subpoena, are:

Phoenix Ayotte Harris, Esq.
~~Harris & Carmichael, PLLC~~ Harris, Carmichael, + Ellis PLLC
1800 Diagonal Road
Alexandria, VA 22314
703-684-7908
PHarris@harriscarmichael.com

The page appears to show an envelope scan with handwritten address (upside down) and a court seal.
Addressed to (rotated 180°):

Mr. Jerry Lewis c/o the Executive Office,
Office of the Legal Advisor,
Suite 5600,
2430 E Street N.W.,
Washington, D.C. 20520

(signature) A. Muhammad Jr.

Return: Ahmed Mohammed — Ella Kulm (?)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:16-CR-143-01

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES v. MOHAMAD JAMAL KHWEIS, 1:16CR143
## SUBPOENA TO LAUREN LEWIS
## ATTACHMENT A

Please bring with you the following documents, electronically stored information, or objects:

Any emails, personal notes, calendars, logs, writings, recordings of any sort, letters, communications of any kind, or any other records which concern the subject matter of the proposed testimony, including but not limited to a) record keeping documents showing whom you communicated with regarding the Khweis matter with and when, b) the subject matter of those communications.

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Mohamad Jamal Khweis ) | Case No. 1:16-CR-143-01 |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Lauren Lewis, c/o The Executive Office, Department of State
Office of the Legal Adviser
Suite 5.600
600 19th St NW
Washington, DC 20522

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square<br>Alexandria, VA 22314 |
|---|---|

You must also bring with you the following *(not applicable)*:

See Attac[hed]

*Service Copy*

(SEAL)

Date: 9/6/17

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Mohamad Jamal Khweis**
_____, who requests this subpoena, are:

Phoenix Ayotte Harris, Esq.
~~Harris & Carmichael, PLLC~~ Harris, Carmichael - Ellis, PLLC
1800 Diagonal Road
Alexandria, VA 22314
703-684-7908
PHarris@harriscarmichael.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:16-CR-143-01

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES v. MOHAMAD JAMAL KHWEIS, 1:16CR143
## SUBPOENA TO LAUREN LEWIS
## ATTACHMENT A

Please bring with you the following documents, electronically stored information, or objects:

Any emails, personal notes, calendars, logs, writings, recordings of any sort, letters, communications of any kind, or any other records which concern the subject matter of the proposed testimony, including but not limited to a) record keeping documents showing whom you communicated with regarding the Khweis matter with and when, b) the subject matter of those communications.