IN THE UNITED STATES DISTRICT COURT OF THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 01:16-CR-143-LO |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF HEARING

All counsel of record in this matter are hereby notified that a hearing on the Government's Motion for Two Witness Depositions shall be heard on Wednesday, **April 5, 2017, at 11:00 a.m.**, or soon thereafter, in Courtroom 700 before the Honorable Liam O'Grady. The undersigned attorney for the government has conferred with opposing counsel who agrees with the scheduling of this hearing at the designated day and time.

      Respectfully submitted,

      Dana J. Boente
      United States Attorney

      _____/s/_____
      Dennis M. Fitzpatrick
      Virginia Bar No.: 44858
      Attorney for the United States of America
      United States Attorney's Office
      Justin W. Williams U.S. Attorney's Building
      2100 Jamieson Avenue
      Alexandria, Virginia 22314
      Phone: 703-299-3700
      Email Address: dennis.fitzpatrick@usdoj.gov