IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No: 1-16-CR-143-LO |
| v. ) | |
| ) | Filed with Classified Information |
| MOHAMAD JAMAL KHWEIS ) | Security Officer |
| ) | **In Camera**, **Ex Parte**, |
| Defendant. ) | **Under Seal** |

**UNCLASSIFIED ORDER**

The Court, having considered the in camera, ex parte, and sealed February 17, 2017 and March 31, 2017 submissions of the United States of America filed pursuant to Section 4 of the Classified Information Procedures Act hereby ORDERS that

(i) The motion is GRANTED; and

(ii) The entire text of the government's submissions, all the accompanying exhibits, and the classified order of this Court shall not be disclosed to the defense or the public and shall be sealed and preserved in the records of the Court to be made available to the United States Court of Appeals for the Fourth Circuit in the event of an appeal.

_____ 4-4-17
THE HONORABLE LIAM O'GRADY