# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.  **MOTION HEARING**

**MOHAMAD JAMAL KHWEIS**  Case No. 1:16CR143

---

HONORABLE LIAM O'GRADY, presiding  Time Called: 11:03 a.m.
Proceeding Held: April 5, 2017  Time Concluded: 11:37 a.m.
Deputy Clerk: Amanda  Court Reporter: A. Thomson

**Appearances:**

UNITED STATES OF AMERICA by:  Dennis Fitzpatrick, Raj Parekh

MOHAMAD JAMAL KHWEIS in person and by:  John Zwerling, Jessica Carmichael

INTERPRETER: None  ☐ Interpreter Sworn

---

[114] Government's Motion for Two Witness Depositions

- Mr. Parekh presents argument.
- Mr. Zwerling presents argument.
- Mr. Parekh replies.
- Court will allow defense multiple opportunities to cross-exam witnesses during hearing.
- Mr. Zwerling responds with additional concerns.
- Court and counsel discuss status of discovery.
- Order to follow.