IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:16-CR-143 |
| v. | ) | |
| | ) | The Honorable Liam O'Grady |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

## LIST OF GOVERNMENT'S MOTION HEARING EXHIBITS

| Exhibit No. | Exhibit | | |
|---|---|---|---|
| **Maps** | | | |
| 1 | Map – Iraq, Syria, and Turkey | P.O1. | 4/12/17 |
| 2 | Map – Northern Iraq ~~Overview of Iraq~~ | | |
| 3 | Map – Northern Iraq (Google Earth view) ~~Overview of Sinjar area~~ | P.O.1 | 4/12/17 |
| 4 | ~~Map – Close-up of Sinjar area~~ | | |
| **Surrender Items** | | | |
| 5 | Photograph of items from Khweis's surrender (cell phones, money, credit cards, etc.) | P.O. | 4/12/17 |
| 6 | Photograph of items from Khweis's surrender (cell phones, money, credit cards, driver's license, etc.) | P.O.1 | 4/12/17 |
| 7 | Photograph of items from Khweis's surrender (cell phones, money, credit cards, driver's license, etc.) | P.O.1. | 4/12/17 |
| 8 | Photograph of items from Khweis's surrender (cell phones, money, credit cards, driver's license, etc.) | P.O.1. | 4/12/17 |
| | Photograph of Khweis's Driver's License (front) | | |
| | Photograph of Khweis's Driver's License (back) | | |
| | Photograph of Khweis's Capital One bank card (front) | | |
| | Photograph of Khweis's Capital One bank card (back) | | |
| | Photograph of Khweis's Burke & Herbert bank card (back) | | |
| | Samsung mobile phone | | |
| 9* | 1 SIM card  Phone | | 4/12/17 |
| 10* | 1 8GB Micro SD card  phone | | 4/12/17 |
| 11* | iPhone Model A1387 in red case   11A - Samsung Phone | | 4/12/17 |
| 12* | BLU Brand Smart P~~p~~hone | | 4/12/17 |
| 13* | 1 x Avea Sim Card | | 4/12/17 |
| 14* | 1 x Micro Sim Card | | 4/12/17 |
| 15* | Burke & Herbert Bank Card | | 4/12/17 |
| 16* | Capital One MasterCard | | 4/12/17 |

| | | | | |
|---|---|---|---|---|
| 17* | Mohamad Jamal Khweis's Virginia Driver's License | | | 4/12/17 |
| 18* | 20,000 Iraqi Dinar | | | 4/12/17 |
| 19* | 285 Turkish Lira | | | 4/12/17 |
| 20* | $4,151 U.S. Currency | | | 4/12/17 |
| 21 | Surrender Video in Northern Iraq from~~dated~~ March 14, 2016 | P.O.1 | | 4/12/17 |
| 22 | Photograph of Khweis in Vechicle from March 14, 2016 | P.O.1 | | 4/12/17 |
| 23 | Photograph of Khweis seated March 14, 2016 | P.O.1 | | 4/12/17 |
| 24 | Photograph of Khweis seated looking at camera March 14, 2016 | P.O.1 | | 4/12/17 |
| ~~25~~ | ~~Photograph of Khweis~~ | | | |
| **Documents and Translations** | | | | |
| 26 | Press Release from the Kurdistan Region Security Council, Office of the Chancellor dated March 16, 2016 | | | |
| 27A | Prisoner Intake Form dated 06/07/2016 in Arabic | K.O.1 | | 4/12/17 |
| 27B | Translation of Prisoner Intake Form dated 06/07/2016 | K.O.1 | | 4/12/17 |
| 28A | Document of handing over an indicted person in Arabic | K.O.1 | | 4/12/17 |
| 28B | Translation of Document of handing over an indicted person | K.O.1 | | 4/12/17 |
| 29A (provisionally) | The Islamic State, Soldiers' Bureau, Eastern Region document (2 pages) | K.O.2 | | 4/12/17 |
| 29B (provisionally) | Translation of The Islamic State, Soldiers' Bureau, Eastern Region document | | | |
| 30A | The Fatah al-Rum Camp document | K.O.7 | | 4/12/17 |
| 30B | Translation of The Fatah al-Rum Camp document | | | |
| **March 17, 2016 Interview** | | | | |
| 31 | Video - March 17, 2016 Kurdistan 24 Interview of Mohamad Khweis | K.O.1 | | 4/12/17 |
| **Documents** | | | | |
| 32 | Authorization for the Release of Information Under the Privacy Act for Mohamad Jamal Khweis dated 03/15/2016 | M.J. | | 4/13/17 |
| 33 | Authorization for the Release of Information Under the Privacy Act for Mohamad Jamal Khweis dated April 5, 2016 | L.L. | | 4/13/17 |
| 34 | Authorization for the Release of Information Under the Privacy Act for Mohamad Jamal Khweis dated 04/23/2016 | L.L. | | 4/13/17 |
| 35 | United States Department of State Activity Log | M.J. | | 4/13/17 |
| 36 | Fact Sheet for Americans Imprisoned in Iraq | M.J. | | 4/13/17 |
| 37 | Lawyers in the KRG | M.J. | | 4/13/17 |
| ~~38~~ | ~~Email dated 04/13/2016~~ | | | |
| ~~39~~ | ~~Email dated 03/29/2016 (CA26)~~ | | | |
| 40 | Email dated 03/29/2016 (CA23) | | | |
| 41 | EMAIL TBD | M.C. | | 4/13/17 |
| ~~42~~ | ~~EMAIL TBD~~ | | | |
| ~~43~~ | ~~EMAIL TBD~~ | | | |
| ~~44~~ | ~~EMAIL TBD~~ | | | |
| ~~45~~ | ~~EMAIL TBD~~ | | | |
| 46 | Advice of Rights form dated 04/20/2016 | B.C. | | 4/12/17 |
| 47 | Advice of Rights form dated 04/21/2016 | B.C. | | 4/13/17 |
| 48 | Advice of Rights form dated 04/23/2016 | B.C. | | 4/12/17 |
| 49 | Consent to Search Computer/Electronic Equipment dated 04/21/2016 | B.C. | | 4/13/17 |
| 50 | Interview Log dated 04/20/2016 | B.C. | | 4/13/17 |

| | | | |
|---|---|---|---|
| 51 | Interview Log dated 04/21/2016 | B.C. | 4/13/17 |
| 52 | Interview Log dated 04/23/2016 | B.C. | 4/13/17 |
| 53 | Advice of Rights form dated 05/03/2016 | | |
| 54 | Advice of Rights form dated 05/09/2016 | | |
| 55 | Advice of Rights form dated 06/08/2016 | V.M. | 4/13/17 |
| 56 | Federal Bureau of Investigation 302 dated 06/08/2016 | | |
| 57 | Red Cross Message from Mona Khweis | V.M. | 4/13/17 |
| 58 | IM dated 03/22/2016 | M.C. | 4/13/17 |
| 59 | IM dated 04/20/2016 | M.C. | 4/13/17 |
| 60 | Email dated 04/08/2016 | M.C. | 4/13/17 |
| 61 | Email dated 03/29/2016 (CA 26) | M.C. | 4/13/17 |
| 62 | Email dated 03/29/2016 (CA 23) | M.C. | 4/13/17 |
| 63 | Email dated 03/31/2016 | M.C. | 4/13/17 |
| 64 | Email dated 03/16/2016 | M.J. | 4/13/17 |
| 65 | Interrogation with Muhammad Jamal Amin Khuwas | | |
| 66 | The Preliminary Conclusion of Interrogation | K.O.I. | 4/12/17 |
| 67 | KRSC Request Info on Social Media Account of the Mohammad Jamal Amin Khawas | | |
| 68 | Email dated 03/21/2016 | | |
| 69 | Email dated 04/28/2016 | M.C. | 4/13/17 |
| 70 | Email dated 5/25/2016 | | |
| 71 | Email dated 5/26/2016 | | |
| 72 | Letter from the U.S. Department of Justice National Security Division dated 04/28/2016 | L.O. | 4/12/17 |
| 73 | Federal Bureau of Investigation 302 dated 06/14/2016 | M.C. | 4/13/17 |
| 74 | Email dated 5/26/2016 | | |
| 75 | Interview of Mohammad Jamal Amin Khawas dated 03/26/2016 | M.C. | 4/13/17 |
| 76 | Interview of Mohammad Jamal Amin Khawas dated 04/10/2016 | | |
| 77 | Rudaw article titled "American ISIS member mistakenly walks into Peshmerga hands on way to Turkey" dated 03/14/2016 | | |
| 78 | Mohammad Khweis Interview Timeline | M.C. | 4/13/17 |
| 79 | Email dated 04/16/2016 | J.J. | 4/13/17 |
| 80 | Northern Virginia Community College letter dated 03/07/2014 | V.M. | 4/13/17 |
| ~~81~~ | ~~Map – Close-up of Sinjar area~~ | | |
| 82 | Email dated 03/15/2016 | M.J. | 4/13/17 |
| 83 | Email dated 03/15/2016 | M.J. | 4/13/17 |
| ~~84~~ | ~~Email dated 03/29/2016~~ | | |
| ~~85~~ | ~~Email dated 03/19/2016~~ | | |
| 86 | Email dated 04/16/2016 | | |
| 87 | Email dated 04/18/2016 | | |
| 88 | Report from M.C. | ~~H.S.~~ M.C. | |
| 89 | | | |
| 90 | Report re: memorializing consent | ~~H.S.~~ M.C. | 4/13/17 |

*Physical evidence will be brought to the Court at the hearing.