✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| MOHAMAD JAMAL KHWEIS | Case Number:  1:16CR143 |

| PRESIDING JUDGE<br>Liam O'Grady | PLAINTIFF'S ATTORNEY<br>Dennis Fitzpatrick, Raj Parekh | DEFENDANT'S ATTORNEY<br>John Zwerling, Jessica Carmichael |
|---|---|---|
| TRIAL DATE (S)<br>Motion Hrg.:  4/12 - 4/13 | COURT REPORTER<br>N. Linnell | COURTROOM DEPUTY<br>Amanda |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 4/12/2017 | yes | yes | Defense Ex A - UNDER SEAL |
| | B | 4/12/2017 | yes | yes | Def. Ex B - photograph of someone grabbing defendant's head (P.O. 1) |
| | C | 4/12/2017 | yes | yes | Def. Ex C - Kurdistan Regional Council letter (K.O. 1) |
| | D | 4/13/2017 | yes | yes | Def. Ex D - 302 Excerpts (M.C.) |
| | E | 4/13/2017 | yes | yes | Deft. Ex E - April 19 letter (M.C.) |
| | F | 4/13/2017 | yes | yes | Deft. EX F - email (M.C.) |
| | G | 4/13/2017 | yes | yes | Deft. Ex G - email from LL to Zwerling (L.L.) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages