# WiTNesses

① Peshmerga official NO. 1 Affirm
called 4/12/17

② Kurdish CTD official NO. 1 Affirm
called 4/12/17

③ Mark Jasonides
called 4/13/17

④ Michael Connelly    FBI SA
called 4/13/17

⑤ Lauren Lewis    DOS
called 4/13/17

⑥ FBI SA Brian Czekala
called 4/13/17

⑦ FBI SA Victoria Martinez
called 4/13/17

Affirm interpreters