**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16CR143 |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTION TO GOVERNMENT'S REQUEST FOR LEAVE
TO FILE POST-HEARING SUPPLEMENTMENTAL MEMORANDUM**

COMES NOW the Defendant, Mohamad Jamal Khweis, by and through his attorneys and respectfully objects to the Government's unexpected request for leave to file a post-hearing supplemental memorandum. ECF No. 136.

In the alternative, Mr. Khweis requests that he be afforded an opportunity to submit a post-hearing memorandum, which he anticipates filing by the close of business on Friday, April 28, 2017.

Respectfully submitted,
MOHAMAD JAMAL KHWEIS
By Counsel

_____/s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS CARMICHAEL & ELLIS
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

        /s/
John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
703-684-9700 (F)
Email: jz@zwerling.com

        /s/
Phoenix Ayotte Harris, Esq.
Virginia Bar No. 76009
HARRIS CARMICHAEL & ELLIS
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
pharris@harriscarmichael.com

## **CERTIFICATE OF SERVICE**

I, hereby certify, that on the 27th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3954
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

_____/s/_____
Jessica N. Carmichael, Esq.