IN THE UNITED STATES DISTRICT COURT OF THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 01:16-CR-143 |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED NOTICE OF HEARING

All counsel of record in this matter are notified that the United States seeks a hearing in Courtroom 700 before the Honorable Liam O'Grady on **Thursday, May 18, 2017, at 2:00 p.m.**, or as soon thereafter as the court will hear this case, to address two pending pre-trial matters:

1. The admissibility of portions of the videotaped deposition of Kurdish CTD Official No. 1. *See* Dkt No. 114. This witness testified pursuant to Federal Rule of Evidence 15 on April 12, 2017;

2. The government's objection to the *Defendant's Third Filing Under Section 5 of CIPA*. *See* Dkt. 139. (*Government's Response in Opposition To Defendant's Third Filing Under Section 5 of CIPA*). As noted in footnote one of the government's response, this matter can be addressed in open court at an unclassified level.

          Respectfully submitted,

          Dana J. Boente
          United States Attorney

          _____/s/_____
          Dennis M. Fitzpatrick
          Virginia Bar No.: 44858
          Raj Parekh

Attorneys for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   703-299-3700
Email Address: dennis.fitzpatrick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 15, 2017, I filed this Amended Notice of Hearing *via* the Court's electronic filing system which will send a Notice of Filing (NEF) to all counsel of record in this matter.

_____/s/_____
Dennis M. Fitzpatrick
Virginia Bar No.: 44858
Attorneys for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   703-299-3700
Email Address: dennis.fitzpatrick@usdoj.gov