**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:16CR143** |
| | ) | |
| **MOHAMAD JAMAL KHWEIS.** | ) | **Trial Date: 5/30/17** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S EXHIBIT LIST**

Defendant, Mohamad Khweis, by and through counsel, hereby submits his exhibit list. The exhibit list below reflects the present status of the instant case. Accordingly, Defendant expressly reserves the right to modify, amend or supplement this disclosure should further developments warrant such amendment.

| Exhibit Letter | Description | Offered | Admitted |
|---|---|---|---|
| A | Capital One Credit Card Statement 12/03/15-01/02/16 | | |
| B | Capital One Credit Card Statement 01/03/16-02/02/16 | | |
| C | Discover Payment December 2015 | | |
| D | Selected Discover Statements | | |
| E | Selected Capitol One Statements | | |
| F | Khweis DMV Records | | |
| G | Khweis hair pull photo | | |
| H | Khweis chin hold photo | | |
| I | Khweis detention photo | | |
| J | Selected images from iPhone and Samsung phones | | |
| K | Tourist photos from phones | | |
| L | Selected searches from phones | | |
| M | Kurdistan24 TV Interview | | |
| N | State Department Fact Sheet | | |
| O | State Department Lawyer List | | |
| P | Return plane ticket | | |
| Q | Khweis job application | | |
| R | Dr. Anita Boss CV | | |

Respectfully submitted,
MOHAMAD KHWEIS
By Counsel

_____/s/_____

Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS, CARMICHAEL, & ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com


_____/s/_____

John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
jz@zwerling.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 29th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov


_____/s/_____
Jessica N. Carmichael, Esq.