**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:16CR143** |
| | ) | |
| MOHAMAD JAMAL KHWEIS. | ) | **Trial Date: 5/30/17** |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL VOIR DIRE**

COMES NOW the Defendant, Mohamad Jamal Khweis, by counsel, and offers the following supplemental proposed *voir dire.*

False Confessions-

- Does anyone believe that no one would admit to having committed a serious crime to the FBI unless he had in fact committed that crime?

- Does anyone believe that no one would exaggerate his culpability to the FBI?

- Would it matter to you if you were aware of a reason that the person believed that it was in his interest to falsely admit to a crime he did not commit or to exaggerate his culpability?

Bias

- Has the recent terrorist attack in Manchester, England affected your view of Islam or Muslims?

- Does anyone harbor a fear of an ISIS attack in this country?

- Does anyone have a strong reaction about sitting on a jury where the defendant is on trial for traveling to ISIS controlled territory and providing material support to ISIS?

- Is anyone from Syria or Iraq, or have you traveled to Syria or Iraq, or do you have family living there?

- Does anyone view Shia and Sunni Muslims in a different light?

Respectfully submitted,
MOHAMAD KHWEIS
By Counsel

_____/s/_____
John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
jz@zwerling.com

_____/s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS, CARMICHAEL, & ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 29th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

_____/s/_____
Jessica N. Carmichael, Esq.