IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:16-CR-143 |
| v. | ) | |
| | ) | The Honorable Liam O'Grady |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | Trial Date: May 30, 2017 |

GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST (June 1, 2017)

| EXHIBIT NO. | EXHIBIT | |
|---|---|---|
| **Video Recorded Testimony** | | |
| 1A | Disc Containing Video Recorded Testimony of Peshmerga Official #1 | |
| 1B | Disc Containing Video Recorded Testimony of Kurdish CTD Official #1 | |
| **Maps** | | |
| 1 | Map – Iraq, Syria, and Turkey | |
| 2 | (Intentionally Left Blank) | |
| 3 | Map – Northern Iraq | |
| **Electronic & Physical Evidence** | | |
| 4 | PowerPoint Presentation FRE 1006 Summary of Evidence Recovered from Mohamad Khweis's Electronic Media | |
| 4A | Additional PowerPoint slide | |
| 5 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | |
| 6 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | |
| 7 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | |
| 8 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | |
| 9* | 1 SIM Card | |
| 10* | 1 8GB Micro SD card | |
| 11* | iPhone Model A1387 in red case | |
| 11A* | Samsung Duos Mobile Phone | |
| 11B | Al-Furat Video Extracted from Samsung Duos Mobile Phone | |
| 12* | BLU Brand Smart Phone | |
| 13* | 1 Avea SIM Card | |
| 14* | 1 Micro SIM Card | |

| | | |
|---|---|---|
| 15* | Mohamad Khweis's Burke & Herbert Bank Card | |
| 16* | Mohamad Khweis's Capital One Credit Card | |
| 17* | Mohamad Khweis's Virginia Driver's License | |
| 18* | 20,000 Iraqi Dinar | |
| 19* | 285 Turkish Lira | |
| 20* | $4,151 U.S. Currency | |
| 21 | Surrender Video in Northern Iraq from March 14, 2016 | |
| 22 | Photograph of Mohamad Khweis in Vehicle from March 14, 2016 | |
| 23 | Photograph of Mohamad Khweis Seated March 14, 2016 | |
| 24 | Photograph of Mohamad Khweis Seated Looking at Camera March 14, 2016 | |
| 25 | May 25, 2016 Passport Issued to Mohamad Jamal Khweis | |
| 25A* | Mohamad Khweis's Passport Issued May 25, 2016 | |
| 26 | Mohamad Khweis's U.S. Passport Applications | |
| **Documents & Translations** | | |
| 27A | Prisoner Intake Form dated 06/07/2016 in Arabic | |
| 27B | English Translation of Prisoner Intake Form dated 06/07/2016 | |
| 28A | Document of Khweis Handover in Arabic | |
| 28B | Translation of Document of Khweis Handover | |
| 29A | Mohamad Khweis's ISIS Registration Form (original in Arabic) | |
| 29B | English Translation of Exhibit 29A | |
| 30A | Training Camp Document (ISIS roster with Khweis entry #3; original in Arabic) | |
| 30B | English Translation of Exhibit 30A | |
| 31 | Evidence/Property Custody Form for Mohamad Khweis-Related Documents Recovered in Mosul, Iraq | |
| **Advice of Rights/Consent Forms & Photographs of Electronic Media** | | |
| 32 | Advice of Rights form dated 04/20/2016 | |
| 33 | Advice of Rights form dated 04/21/2016 | |
| 34 | Advice of Rights form dated 04/23/2016 | |
| 35 | Consent to Search Computer/Electronic Equipment dated 04/21/2016 | |
| 36 | Photograph of Samsung Duos Mobile Phone | |
| 37 | Photograph of Samsung Duos Mobile Telephone Identification Label | |
| 38 | Photograph of Front of iPhone 4S | |
| 39 | Photograph of Back of iPhone 4S | |
| 40 | Photograph of BLU Mobile Telephone Identification Label | |
| 41 | Photograph of Avea SIM card | |
| 42 | Photograph of 8GB Micro SD card and Korek SIM card | |
| 43 | Advice of Rights form dated 05/03/2016 | |
| 44 | Advice of Rights form dated 05/09/2016 | |
| 45 | Advice of Rights form dated 06/08/2016 | |
| **DMV Records** | | |
| 46 | Customer Primary Information for Mohamad Khweis | |
| 47 | Vehicles Previously Owned by Mohamad Khweis | |
| **Car Rental Records** | | |
| 48 | Mohamad Khweis Car Rental Records (12/14/2015 – 12/16/2015) | |
| 48A | Google email from Priceline.com dated December 13, 2015 | |

|   |   | **Airline Records** |   |
|---|---|---|---|
| | 49 | Wow Airlines Passenger and Payment Information for Mohamad Khweis (12/16/2015) | |
| | 49A | Google email dated December 12, 2015 from Wow Airlines | |
| | 50 | British Airways Passenger Name Record for Mohamad Khweis (Gatwick to Amsterdam on 12/18/2015) | |
| | 50A | Google email dated December 12, 2015 from British Airways | |
| | 51 | Google Email with Itinerary for Mohamad Khweis (Amsterdam to Istanbul on 12/20/2015) | |
| | 52 | Capital One Credit Card Statement for Airline Purchase and Turkish E-Visa Purchase | |
| | 53 | Delta/KLM Airlines Ticket Information for Mohamad Khweis | |
| | 53A | Google email from KLM Reservations dated December 22, 2015 | |
| | 54 | Republic of Turkey E-Visa Notifications for Mohamad Khweis on 12/20/2015 | |
| | | **Employment Records** | |
| | 55 | Transdev Employment Records for Mohamad Khweis | |
| | 56 | Hotel Employment Records for Mohamad Khweis | |
| | | **Social Media/Email Records** | |
| | 57 | Google Subscriber Records for Khweis Email Account #1 | |
| | 58 | Google Subscriber Records for Khweis Email Account #2 | |
| | 59 | Google Subscriber Records for Khweis Email Account #3 | |
| | 60 | Twitter Records for @fearislove1 | |
| | 61 | Twitter Records for @iAGreenBirdiA | |
| | 62 | Facebook Records for iAGreenBirdiA | |
| | 63 | Facebook Records for Jay Kh | |
| | 64 | Apple, Inc. Download Records | |
| | 65 | Twitter Account #1 (publicly available Tweets from December 25, 2015) | |
| | 66 | Twitter Account #2 (profile page and publicly available Tweet from October 1, 2015) | |
| | 66A | Twitter Account #2 (publicly available Tweets from August and September 2015) | |
| | 67 | E-mails Regarding Apple ID and Apple Download dated 12/20/2015 | |
| | 68 | Google Email to Zack K dated 12/20/2015 | |
| | 69 | Facebook Registration to Zack Kh dated 12/20/2015 | |
| | 70 | Facebook Notification to iAgreen Bird IA dated 12/26/2015 | |
| | 71 | Google Subscriber Records for Khweis Email Account #4 | |
| | | **Mohamad Khweis's Bank/Credit Card Records** | |
| | 72 | JPMorgan Chase Statement Regarding Airline and Car Rental Purchases | |
| | 73 | Burke & Herbert Bank New Account Signature Card | |
| | 74 | Burke & Herbert Bank Withdrawal Images | |
| | | **Expert Witness Curriculum Vitae** | |
| | 75 | FBI Special Agent Ryan Lamb | |
| | 76 | Peshwaz Faizulla | |
| | 77 | William Braniff | |
| | | **Miscellaneous Exhibits** | |
| | 78 | Email from Vera to Special Agent Brennan on May 30, 2017 | |
| | 79 | Google email from Indeed.com dated December 9, 2015 | |
| | 80 | Google email from SellBackYourBook.com dated December 9, 2015 | |
| | 81 | Google email from Pinger.com dated December 13, 2015 | |

| | |
|---|---|
| 82 | Google email from Priceline.com dated December 12, 2015 |

*Physical evidence will be brought to Court during trial.

                        Respectfully submitted,

                        Dana J. Boente
                        United States Attorney

By:       /s/                        By:       /s/
Raj Parekh, Trial Attorney            Dennis M. Fitzpatrick
U.S. Department of Justice            Assistant U.S. Attorney
Counterterrorism Section              U.S. Attorney's Office
National Security Division            Eastern District of Virginia
950 Pennsylvania Ave., N.W.        2100 Jamieson Avenue
Washington, D.C. 20530              Alexandria, Virginia 22314
Phone: (202) 616-2428                Phone: (703) 299-3700
raj.parekh@usdoj.gov                  dennis.fitzpatrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record in this matter.

By:           /s/
Raj Parekh
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700 (telephone)
(703) 837-8242 (fax)
raj.parekh@usdoj.gov