IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA         )
         )
v.         )     Criminal No. 1:16cr143
         )
MOHAMAD JAMAL KHWEIS,         )
        Defendant.         )
_____)

**DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**

The defendant, by undersigned counsel, submits the attached supplemental proposed jury instructions for inclusion by the Court in its charge to the jury. The defendant also asks for leave to propose additional instructions during the course of the trial as they are indicated.

Respectfully submitted,
MOHAMAD KHWEIS

By Counsel
_____/s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS, CARMICHAEL, &
ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

_____/s/_____
John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
jz@zwerling.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

_____/s/_____
Jessica N. Carmichael, Esq.

DEFENDANT'S JURY INSTRUCTION NO. 28

**Mere Membership or Association**

The statute, 18 U.S.C. §2339B is not violated by mere membership or association.

Rather, the statute prohibits the conduct of providing "material support" to a Foreign

Terrorist Organization.

*United States v. Hammoud*, 381 F.3d 316 (4th Cir. 2004)

DEFENDANT'S JURY INSTRUCTION NO. 29

Traveling to Syria or Iraq, including Raqqa, Mosul, or Tal Afar, is not unlawful now nor was it in 2015 or 2016.