IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Criminal No. 1:16cr143
                                  )
MOHAMAD JAMAL KHWEIS,             )
                 Defendant.       )
_____  )

**DEFENDANT'S SECOND SUPPLEMENTAL**
**PROPOSED JURY INSTRUCTIONS**

       The defendant, by undersigned counsel, submits the attached second supplemental proposed jury instructions for inclusion by the Court in its charge to the jury. The defendant also asks for leave to propose additional instructions during the course of the trial as they are indicated.

Respectfully submitted,
MOHAMAD KHWEIS

By Counsel
     /s/_____
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS, CARMICHAEL, &
ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

      /s/_____
John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
jz@zwerling.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

_____/s/_____
Jessica N. Carmichael, Esq.

DEFENDANT'S JURY INSTRUCTION No. 30

**Coercion or Duress**

Mr. Khweis has offered evidence to show that he acted due to coercion or duress concerning the offenses charged in Counts One, Two, and Three of the Superseding Indictment. Coercion or duress may provide a legal excuse or legal justification for these charges.

In order to provide a legal excuse for any otherwise criminal conduct, however,

First, Mr. Khweis must have had a reasonable belief that immediate death or serious bodily harm would follow of he did not participate in the crimes charged and,

Second, there was no reasonable opportunity for Mr. Khweis to escape death or serious bodily injury or to notify authorities before that crime was completed.

If you find that Mr. Khweis at the time and place of the offenses charged in Counts One, Two, and Three acted as a result of coercion or duress as just explained, then it is your duty to find Mr. Khweis not guilty of those charges.

1A O'Malley, et al., FJPI: Criminal § 19:02 (6th ed. 2008)