IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 1-16-CR-143 |
| v. | ) | |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | Trial: May 30, 2017 |

**PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS OF THE UNITED STATES**

The United States of America, by its representatives, Dana J. Boente, United States

Attorney for the Eastern District of Virginia, Dennis M. Fitzpatrick, Assistant United States

Attorney for the Eastern District of Virginia, and Raj Parekh, Trial Attorney, National Security

Division, United States Department of Justice, requests that the following substantive

supplemental instructions be read to the Jury prior to deliberation.

The government re-submits Jury Instruction No. 33, deleting the second paragraph.  The

previously filed second paragraph is not applicable to the facts of this case.  Jury Instruction No.

33 tracks the statutory language in 18 U.S.C. Section 2339B(h).

The government submits Jury Instruction No. 40 for a definition of "services" as opposed

to Defendant's Instruction No 27.

INSTRUCTION NO. 33

<u>Provision of Personnel Defined</u>

No person may be prosecuted under this section in connection with the term "personnel" unless that person has knowingly provided, attempted to provide, or conspired to provide a foreign terrorist organization with 1 or more individuals (who may be or include himself) to work under that terrorist organization's direction or control or to organize, manage, supervise, or otherwise direct the operation of that organization. Individuals who act entirely independently of the foreign terrorist organization to advance its goals or objectives shall not be considered to be working under the foreign terrorist organization's direction and control.


18 U.S.C. Section 2339B(h).

JURY INSTRUCTION NO. 40

<u>Service – Defined</u>

The term "service" under 18 U.S.C. Section 2339B means activity solicited, commanded, or requested by a foreign terrorist organization, or done for the benefit of the foreign terrorist organization.  "Service" refers to concerted activity, not independent advocacy.  Webster's Third New International Dictionary 2075 (1993) defines "service" to mean the performance of work commanded or paid for by another; a servant's duty; attendance on a superior; or, an act done for the benefit or at the command of another.

*Holder v. Humanitarian Law Project*, 561 U.S. 1, 23-24, 130 S. Ct. 2705, 2721–22, 177 L. Ed. 2d 355 (2010).

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____          By: _____/s/_____
Dennis M. Fitzpatrick            Raj Parekh, Trial Attorney
Assistant United States Attorney U.S. Department of Justice
United States Attorney's Office  Counterterrorism Section
Eastern District of Virginia     National Security Division
2100 Jamieson Avenue             950 Pennsylvania Ave., N.W.
Alexandria, Virginia 22314       Washington, D.C. 20530
Phone: (703) 299-3700            Phone: (202) 616-2428
dennis.fitzpatrick@usdoj.gov     raj.parekh@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2017, I filed the foregoing with the Clerk of Court

using the CM/ECF system, which will send an electronic copy to all counsel of record in

this matter.

By: _____/s/_____
Dennis M. Fitzpatrick
Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700