IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:16-CR-143 |
| v. | ) | |
| | ) | The Honorable Liam O'Grady |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | Trial Date: May 30, 2017 |

## GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST

| EXHIBIT No. | EXHIBIT | |
|---|---|---|
| **Video Recorded Testimony** | | |
| 1A | Disc Containing Video Recorded Testimony of Peshmerga Official #1 | |
| 1B | Disc Containing Video Recorded Testimony of Kurdish CTD Official #1 | |
| **Maps** | | |
| 1 | Map – Iraq, Syria, and Turkey | 5/30/17 |
| 2 | (Intentionally Left Blank) | |
| 3 | Map – Northern Iraq | 5/30/17 |
| **Electronic & Physical Evidence** | | |
| 4 | PowerPoint Presentation FRE 1006 Summary of Evidence Recovered from Mohamad Khweis's Electronic Media | 5/31/17 |
| 4A | Additional PowerPoint slide | 5/3/17 |
| 5 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | 5/30/17 |
| 6 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | 5/30/17 |
| 7 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | 5/30/17 |
| 8 | Photograph of Items from Khweis's Surrender (Cell Phones, Money, Credit Cards, Driver's License, etc.) | 5/30/17 |
| 9* | 1 SIM Card | 5/31/17 |
| 10* | 1 8GB Micro SD card | |
| 11* | iPhone Model A1387 in red case | |
| 11A* | Samsung Duos Mobile Phone | |
| 11B | Al-Furat Video Extracted from Samsung Duos Mobile Phone | |
| 12* | BLU Brand Smart Phone | |
| 13* | 1 Avea SIM Card | |
| 14* | 1 Micro SIM Card | |

| 15* | Mohamad Khweis's Burke & Herbert Bank Card | |
|---|---|---|
| 16* | Mohamad Khweis's Capital One Credit Card | |
| 17* | Mohamad Khweis's Virginia Driver's License | |
| 18* | 20,000 Iraqi Dinar | |
| 19* | 285 Turkish Lira | |
| 20* | $4,151 U.S. Currency | |
| 21 | Surrender Video in Northern Iraq from March 14, 2016 | |
| 22 | Photograph of Mohamad Khweis in Vehicle from March 14, 2016 | |
| 23 | Photograph of Mohamad Khweis Seated March 14, 2016 | |
| 24 | Photograph of Mohamad Khweis Seated Looking at Camera March 14, 2016 | |
| 25 | May 25, 2016 Passport Issued to Mohamad Jamal Khweis | |
| 25A* | Mohamad Khweis's Passport Issued May 25, 2016 | |
| 26 | Mohamad Khweis's U.S. Passport Applications | |
| **Documents & Translations** | | |
| 27A | Prisoner Intake Form dated 06/07/2016 in Arabic | |
| 27B | English Translation of Prisoner Intake Form dated 06/07/2016 | |
| 28A | Document of Khweis Handover in Arabic | |
| 28B | Translation of Document of Khweis Handover | |
| 29A | Mohamad Khweis's ISIS Registration Form (original in Arabic) | |
| 29B | English Translation of Exhibit 29A | |
| 30A | Training Camp Document (ISIS roster with Khweis entry #3; original in Arabic) | |
| 30B | English Translation of Exhibit 30A | |
| 31 | Evidence/Property Custody Form for Mohamad Khweis-Related Documents Recovered in Mosul, Iraq | |
| **Advice of Rights/Consent Forms & Photographs of Electronic Media** | | |
| 32 | Advice of Rights form dated 04/20/2016 | |
| 33 | Advice of Rights form dated 04/21/2016 | |
| 34 | Advice of Rights form dated 04/23/2016 | |
| 35 | Consent to Search Computer/Electronic Equipment dated 04/21/2016 | |
| 36 | Photograph of Samsung Duos Mobile Phone | |
| 37 | Photograph of Samsung Duos Mobile Telephone Identification Label | |
| 38 | Photograph of Front of iPhone 4S | |
| 39 | Photograph of Back of iPhone 4S | |
| 40 | Photograph of BLU Mobile Telephone Identification Label | |
| 41 | Photograph of Avea SIM card | |
| 42 | Photograph of 8GB Micro SD card and Korek SIM card | |
| 43 | Advice of Rights form dated 05/03/2016 | |
| 44 | Advice of Rights form dated 05/09/2016 | |
| 45 | Advice of Rights form dated 06/08/2016 | |
| **DMV Records** | | |
| 46 | Customer Primary Information for Mohamad Khweis | |
| 47 | Vehicles Previously Owned by Mohamad Khweis | |
| **Car Rental Records** | | |
| 48 | Mohamad Khweis Car Rental Records (12/14/2015 – 12/16/2015) | |
| 48A | Google email from Priceline.com dated December 13, 2015 | |

| | | |
|---|---|---|
| **Airline Records** | | |
| 49 | Wow Airlines Passenger and Payment Information for Mohamad Khweis (12/16/2015) | 6/5/17 |
| 49A | Google email dated December 12, 2015 from Wow Airlines | 6/5/17 |
| 50 | British Airways Passenger Name Record for Mohamad Khweis (Gatwick to Amsterdam on 12/18/2015) | |
| 50A | Google email dated December 12, 2015 from British Airways | 6/5/17 |
| 51 | Google Email with Itinerary for Mohamad Khweis (Amsterdam to Istanbul on 12/20/2015) | 6/5/17 |
| 52 | Capital One Credit Card Statement for Airline Purchase and Turkish E-Visa Purchase | |
| 53 | Delta/KLM Airlines Ticket Information for Mohamad Khweis | 6/5/17 |
| 53A | Google email from KLM Reservations dated December 22, 2015 | 6/5/17 |
| 54 | Republic of Turkey E-Visa Notifications for Mohamad Khweis on 12/20/2015 | 6/5/17 |
| **Employment Records** | | |
| 55 | Transdev Employment Records for Mohamad Khweis | |
| 56 | Hotel Employment Records for Mohamad Khweis | |
| **Social Media/Email Records** | | |
| 57 | Google Subscriber Records for Khweis Email Account #1 | 6/5/17 |
| 58 | Google Subscriber Records for Khweis Email Account #2 | 6/5/17 |
| 59 | Google Subscriber Records for Khweis Email Account #3 | 6/5/17 |
| 60 | Twitter Records for @fearislove1 | 6/5/17 |
| 61 | Twitter Records for @iAGreenBirdiA | 6/1/17 |
| 62 | Facebook Records for iAGreenBirdiA | 6/5/17 |
| 63 | Facebook Records for Jay Kh | 6/5/17 |
| 64 | Apple, Inc. Download Records | 6/5/17 |
| 65 | Twitter Account #1 (publicly available Tweets from December 25, 2015) | 6/5/17 |
| 66 | Twitter Account #2 (profile page and publicly available Tweet from October 1, 2015) | 6/5/17 |
| 66A | Twitter Account #2 (publicly available Tweets from August and September 2015) | |
| 67 | E-mails Regarding Apple ID and Apple Download dated 12/20/2015 | 6/5/17 |
| 68 | Google Email to Zack K dated 12/20/2015 | 6/5/17 |
| 69 | Facebook Registration to Zack Kh dated 12/20/2015 | 6/5/17 |
| 70 | Facebook Notification to iAgreen Bird IA dated 12/26/2015 | 6/5/17 |
| 71 | Google Subscriber Records for Khweis Email Account #4 | |
| **Mohamad Khweis's Bank/Credit Card Records** | | |
| 72 | JPMorgan Chase Statement Regarding Airline and Car Rental Purchases | |
| 73 | Burke & Herbert Bank New Account Signature Card | |
| 74 | Burke & Herbert Bank Withdrawal Images | 6/5/17 |
| **Expert Witness Curriculum Vitae** | | |
| 75 | FBI Special Agent Ryan Lamb | 5/31/17 |
| 76 | Peshwaz Faizulla | 6/1/17 |
| 77 | William Braniff | 6/6/17 |
| **Miscellaneous Exhibits** | | |
| 78 | Email from Vera to Special Agent Brennan on May 30, 2017 | |
| 79 | Google email from Indeed.com dated December 9, 2015 | 6/6/17 |
| 80 | Google email from SellBackYourBook.com dated December 9, 2015 | |
| 81 | Google email from Pinger.com dated December 13, 2015 | |

Pg. 1+2

83 - US Department of Justice Letter    6/1/17 - 6/1/17

| 82 | Google email from Priceline.com dated December 12, 2015 |

*Physical evidence will be brought to Court during trial.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Raj Parekh, Trial Attorney
U.S. Department of Justice
Counterterrorism Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Phone: (202) 616-2428
raj.parekh@usdoj.gov

By: _____/s/_____
Dennis M. Fitzpatrick
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
dennis.fitzpatrick@usdoj.gov

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record in this matter.

By: _____/s/_____
Raj Parekh
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700 (telephone)
(703) 837-8242 (fax)
raj.parekh@usdoj.gov

5