IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA            )
                                    )        Criminal No.: 1-16-CR-143
        v.                          )
                                    )
MOHAMAD JAMAL KHWEIS,               )
                                    )
            Defendant.              )        Trial: May 30, 2017

## PREVIOUSLY ADMITTED TRIAL EXHIBITS FOR THE UNITED STATES

The following trial exhibits were previously admitted at the depositions conducted on

April 12, 2017:

✓ Exhibit 1 —

✓ Exhibit 3 —

✓ Exhibit 5 —

✓ Exhibit 6 —

✓ Exhibit 7 —

✓ Exhibit 8 —

— Exhibit 21 ~~video played 5/30/17~~ video admitted and received 5/30/17

✓ Exhibit 22 —

✓ Exhibit 23 —

✓ Exhibit 24 —

✓ Exhibit 27A 6/1

✓ Exhibit 27B 6/1

✓ Exhibit 28A 6/1

✓ Exhibit 28B 6/1

physical exhibits= Ex. 15, 16, 17, 18, 19, 20 → admitted and received 5/30/17

1