IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16CR143 |
| | ) | |
| MOHAMAD JAMAL KHWEIS. | ) | Trial Date: 5/30/17 |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S EXHIBIT LIST

Defendant, Mohamad Khweis, by and through counsel, hereby submits his exhibit list. The exhibit list below reflects the present status of the instant case. Accordingly, Defendant expressly reserves the right to modify, amend or supplement this disclosure should further developments warrant such amendment.

| Exhibit Letter | Description | Offered | Admitted | |
|---|---|---|---|---|
| A | Capital One Credit Card Statement 12/03/15-01/02/16 | 6/5/17 | 6/5/17 ✓ | |
| B | Capital One Credit Card Statement 01/03/16-02/02/16 | 6/5/17 | 6/5/17 ✓ | |
| C | Discover Payment December 2015 | 6/5/17 | 6/5/17 ✓ | |
| D | Selected Discover Statements | | | |
| E | Selected Capitol One Statements | | | |
| F | Khweis DMV Records | | | |
| G | Khweis hair pull photo | 5/30/17 | 5/30/17 ✓ | P.O.#1 |
| H | Khweis chin hold photo | | | |
| I | Khweis detention photo | | | |
| J | Selected images from iPhone and Samsung phones | 5/31/17 | 5/31/17 R.J. ✓ | |
| K | Tourist photos from phones | 5/31/17 | 5/31/17 R.J. ✓ | |
| L | Selected searches from phones | 5/31/17 | 5/31/17 R.J. ✓ | |
| M | Kurdistan24 TV Interview | | | |
| N | State Department Fact Sheet | | | |
| O | State Department Lawyer List | | | |
| P | Return plane ticket | | | |
| Q | Khweis job application | 6/5/17 | 6/5/17 ✓ | |
| R | Dr. Anita Boss CV | | | |
| S | Document w/no C.A. Signature | 5/31/17 | 5/31/17 ✓ C.A. | |