IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16CR143 |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL OR, ALTERNATIVELY, A NEW TRIAL**

COMES NOW the defendant, Mohamad Jamal Khweis, by counsel, and respectfully moves this Court under Federal Rules of Criminal Procedure 29(c) and 33(a) for an Order granting a judgment of acquittal or, alternatively, a new trial. In a separate motion filed on this same day, Mohamad Jamal Khweis, requests leave to file a memorandum supporting this motion after the trial transcripts have been prepared and reviewed.

    Respectfully submitted,
    MOHAMAD KHWEIS
    By Counsel

    _____/s/_____
    Jessica N. Carmichael, Esq.
    Virginia Bar No. 78339
    HARRIS & CARMICHAEL, PLLC
    1800 Diagonal Road, Suite 600
    Alexandria, Virginia 22314
    (703) 684-7908
    jcarmichael@harriscarmichael.com

    _____/s/_____
    John K. Zwerling, Esq.

                                                  Virginia Bar No. 8201  
                                                  ZWERLING/CITRONBERG, PLLC  
                                                  114 N. Alfred Street  
                                                  Alexandria, VA 22314  
                                                  703-684-8000  
                                                  703-684-9700 (F)  
                                                  Email: jz@zwerling.com

## CERTIFICATE OF SERVICE

      I, hereby certify, that on the 16th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3954
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

                                                            _____/s/_____
                                                            Jessica N. Carmichael, Esq.