# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.                                                          **MOTION HEARING**

**MOHAMAD JAMAL KHWEIS**                Case No. 1:16CR143

---

HONORABLE LIAM O'GRADY, presiding           Time Called: 10:01 a.m.
Proceeding Held: July 27, 2017                      Time Concluded: 10:22 a.m.
Deputy Clerk: Amanda                              Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:          Dennis Fitzpatrick, Raj Parekh

MOHAMAD KHWEIS in person and by:      Jessica Carmichael, Phoenix Harris

INTERPRETER: None                                   ☐ Interpreter Sworn

---

[207] Government's Motion for Preliminary Order of Forfeiture
[217] Notice of Intent to Move for Appointment of New Counsel

- Ms. Carmichael addresses the court regarding new counsel and says that Mr. Khweis wishes to address the court ex parte.
- Court instructs Mr. Khweis to file something ex parte.
- Mr. Khweis addresses the court regarding the forfeiture.
- Mr. Parekh provides argument.
- Ms. Carmichael provides argument.
- Motion granted.
- Order to follow.