IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:16CR143** |
| | ) | |
| **MOHAMAD JAMAL KHWEIS** | ) | **The Honorable Liam O'Grady** |
| | ) | |
| **Defendant.** | ) | **Hearing Date: October 13, 2017** |

## MOTION TO CONTINUE SENTENCING

Comes Now, Mohamad Khweis, by counsel, and respectfully requests this Court to continue the sentencing date to October 27, 2017, and to continue the filing deadline of the sentencing positions until October 20, 2017.  The Government consents to this request.

Attorney John Kenneth Zwerling has been required to be out of town for a family medical emergency for the past ten (10) days and possibly the next ten (10) days and has not been able to properly prepare for sentencing.

Respectfully submitted,
MOHAMAD KHWEIS
By Counsel

_____/s/_____
John Kenneth Zwerling
Virginia Bar No. 8201
ZWERLING/CITRONBERG
114 North Alfred Street
Alexandria, Virginia 22314
(703) 684-8000
jz@zwerling.com

_____/s/_____
Jessica Carmichael
Virginia Bar No. 78339
HARRIS, CARMICHAEL, & ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the4th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

Colleen Garcia, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: colleen.e.garcia@usdoj.gov

_____/s/_____
John Kenneth Zwerling