IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | Case No.  1:16-cr-00143 |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## ORDER

Upon the motion of the defendant, with the concurrence of the United States and for good cause shown, it is

HEREBY ORDERED that the sentencing scheduled for October 13, 2017 at 9:00 a.m. is continued to October 27, 2017 at 9:00 a.m.; and it is

FURTHER ORDERED that the deadline for the filing of sentencing positions shall be October 20, 2017.

Date: _____

Alexandria, Virginia

_____

The Honorable Liam O'Grady
United States District Judge