**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:16CR143** |
| | ) | |
| **MOHAMAD JAMAL KHWEIS,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S POSITION ON SENTENCING – EXHIBIT B**

*Curriculum Vitae*
**Jess Ghannam, PhD, MSc, QME**
**Forensic Behavioral Medicine**

Ghannam, Jess
CV: 01/2017

**CURRICULUM VITAE**

**JESS GHANNAM**

## University Address

Department of Psychiatry
University of California San Francisco
San Francisco, California 94118

## Office Address/Mailing Address

1939 Divisadero, Suite 3
San Francisco, California 94115
415.921.8096 (Tel)
415.354.3377 (Fax)

Place of Birth: Detroit, Michigan

## Education

*Post-Doctoral Scholar*
Department of Psychology
Stanford University
Stanford, California 1984-1985

*Post-Doctoral Fellow*
Department of Psychiatry
Mount Zion Hospital and Medical Center
San Francisco, California 1984

*PhD – Clinical Psychology*
Department of Psychology
University of California, Berkeley
Berkeley, California 1984

Ghannam, Jess
CV: 01/2017

*MSc – Medical Science*
Department of Health and Medical Sciences
University of California, Berkeley
Berkeley, California 1983

*MA – Clinical Psychology*
Department Of Psychology
University of California, Berkeley
Berkeley, California 1981

*AB – Psychology, Philosophy*
LS&A College of Honors
University of Michigan
Ann Arbor, MI 1979

**Licenses/Certifications**

Licensed Clinical Psychologist, California, PSY9261, 1986
Qualified Medical Evaluator, California, 2007
Certified for National Security Cases requiring TS/SCI Clearance, 2012

**Professional Positions/Employment**

Clinical Professor of Psychiatry, Department of Psychiatry, University of California, San Francisco, 1989-Current

Chief, Medical Psychology, UCSF-Mount Zion Medical Center, University of California, San Francisco, 1993-2014

Faculty, Global Health Sciences, University of California San Francisco, 2004-Current

Director, Behavioral and Health Psychology, Northern California Functional Restoration Program, Emeryville, CA 2005- 2014

Chief, Behavioral Medicine and Health Psychology, Pain and Rehabilitative Consultants Medical Group, Berkeley, CA 2002-Current

Adjunct Professor of Ethnic Studies, San Francisco State University, San Francisco, California, 2002-2012

Faculty, UCSF Comprehensive Cancer Center, 1997-Current

2

Ghannam, Jess
CV: 01/2017

Director, Geriatric Mental Health Program and Clinic, UCSF Center on Aging, University of California, San Francisco, 1992-2002

Director of Training, Department of Psychiatry, UCSF Stanford Health Care, UCSF Mount Zion, San Francisco, 1989-2000

Assistant Clinical Professor of Psychiatry, Department of Psychiatry, University of California, San Francisco, 1985-2002

Visiting Professor, Department of Psychology, University of California, Berkeley, Berkeley, California, 1989,1990

Guest Editor, American Psychiatric Press, 1995-Current

Member, Board of Directors, Lacanian School for Psychoanalysis, Berkeley, California, 1996-2007

Member, Academic Board, Gaza Community Mental Health Programme, 1997-Current

Staff Psychologist, Department of Psychiatry, Outpatient Services, California Pacific Medical Center, 1991-1999

Assistant Director of Training, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-1991

Crisis Clinic Supervisor, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1984-1991

Assistant Research Psychologist and Residential Scientist, Department of Psychiatry, University of California, San Francisco, 1985-1989

Adjunct Professor of Psychology, San Francisco State University, San Francisco, 1983-1990

Staff Psychologist, Children's Comprehensive Crisis Service, Children's Hospital and Medical Center, San Francisco, 1983-1984

## **Special Honors and Awards**

Mayor's Award for Outsatnding Community Service, San Francisco, 2016

Novus Award for Distinction in Global Health, San Francisco, 2015.

Ghannam, Jess
CV: 01/2017

Champion of Diversity Award, for outstanding contribution to diversity at UCSF, 2004.

Certificate of Appreciation, UCSF-Mount Zion Hospital and Medical Center, for outstanding community service contribution, 1990

Certificate of Appreciation, San Francisco Police Department, for outstanding contribution to community work with the Psychiatric Liaison Unit, 1989

University of California, San Francisco, School of Medicine, Nomination for Outstanding Teacher by 1st year medical students, 1989

University of California, San Francisco, School of Medicine, Nomination for Outstanding Teacher by 1st year medical students, 1988

Sigma XI Scientific Society, 1984

Honor Roll, University of California, Berkeley, 1979-1984

National Institute of Mental Health Fellowship, Bethesda, Maryland, 1979-1982

Angell Scholar, University of Michigan, 1980

Phi Beta Kappa, University of Michigan, 1979

Pillsbury Award for Outstanding Honors Thesis, University of Michigan, 1979

Special Instructional Aide Fellowship, Department of Psychology, University of Michigan, 1978

Institute for Human Adjustment Quarter-time Fellowship, University of Michigan, 1978

College Honors, University of Michigan, 1975-1979

## Hospital and Medical Group Affiliations

Member, UCSF Medical Staff, San Francisco, 1992-Current

Member, Summit Medical Center, Medical Staff, 2005-Current

Member, Alta Bates Medical Center, Medical Staff, 2001-Current

Ghannam, Jess
CV: 01/2017

Member, UCSF-Stanford Health Care Medical Group, San Francisco 1998-2000

Member, Brown and Toland Medical Group, San Francisco, 1996-Current

Attending Medical Staff, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-2000

Attending Medical Staff, Department of Psychiatry, San Francisco Veterans Administration Hospital, 1988-1990

San Francisco Medical Group, Affiliate, San Francisco, 1990-1999

## Internships

Pre- and Post-Doctoral Fellowship, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1982-1984

Psychology Intern, Psychology Clinic, University of California, Berkeley, 1981-1982 (APA Approved)

Psychology Intern, Psychology Clinic, University of California, Berkeley, 1980-1981 (APA Approved)

Neuro-psychology Intern, Departments of Rehabilitation and Neurology, University of Michigan, 1978- 1979

## Clinical and Consultation Experience

Consultant and Expert Witness, Department of Defense, OMC. For National Security Cases involving PTSD and Torture, 2006-Current

Consultant for the Center for Constitutional Rights, Guantanamo Detainee Project for Rehabilitation and Resettlement, 2005-Current

Consultant for REPRIEVE, Guantanamo Detainee Project for Rehabilitation and Resettlement, 2005-Current

Consultant for Survivors International on Cultural Competence in working with Torture Survivors from the Middle East, Arab and Muslim World, 1996-current

Consultant for the IRCT and RCT on Cultural Competence in working with Torture Survivors from the Middle East, Arab and Muslim World, 2000-current

Ghannam, Jess
CV: 01/2017

Psychiatric Consultant, Alta Bates Medical Center, 4E Oncology Service, 2000-2012

Psychiatric Consultant, Summit Medical Center, Oncology Service, 2004-2012

Consultant, San Francisco Art Institute, Center for Individual Learning, 2000-2002

Psychiatric Consultant, UCSF, Department of Surgery, 1997-Current

Psychiatric Consultant, UCSF, Cancer Center, 1996-Current

Psychiatric Consultant, Senior Health Program, UCSF Institute on Aging, San Francisco, 1996-2002

Psychiatric Consultant, Bayview-Hunter's Point Adult Day Health Program, San Francisco, 1994-1995

Psychiatric Consultant, Alzheimer's Day Center, Institute on Aging, San Francisco, 1992-2002

Psychiatric Consultant, CORF Program, Institute on Aging, San Francisco, 1992-2002

Consultant, Research Center, UCSF Institute on Aging, San Francisco, 1988-2002

Neuropsychological and psychiatric consultation-liaison, Lakeside Senior Health Program. University of California, San Francisco, San Francisco, 1990-2000

Neuropsychological and psychiatric consultation-liaison with Pediatric Rehabilitation Program, Department of Pediatrics, University of California, San Francisco, San Francisco, 1990-2001

Psychiatric Consultant, Adult Day Health Center, UCSF Institute on Aging, San Francisco, 1989-2002

Neuropsychological and psychiatric consultation-liaison with Rehabilitation Unit, Mount Zion Hospital and Medical Center, University of California, San Francisco, 1988-2001

Neuropsychological and psychiatric consultation-liaison with AIDS Unit, Mount Zion Hospital and Medical Center, University of California, San Francisco, 1988-1996

Ghannam, Jess
CV: 01/2017

## Publications

Afana, J. Ghannam, E.Y. Ho, A. Al-Khal, B. Al-Arab and C.L. Bylund. Burnout and sources of stress among medical residents at Hamad Medical Corporation, Qatar. Eastern Mediterranean Health Journal. 2016.

Wesbrock,S. Monshipouri, M. Ghannam, J. Grassroots sanctions: A new tool for domestic and transnational resistance for Palestine. Information Politics, Protests, and Human Rights in the Digital Age. Cambridge University Press, 2016.

Ghannam, J. Empowering Communities and Individuals: Building Mental Health Capacity in the MENA Region. Proceedings of the 7th Annual Conference on Health in the Arab World, ACCESS Institure. 2015.

Subbaraman, R., Nolan, L., Shitole, T., Sawad, K., Shitole, S., Sood, K., Nanarkat, M., Ghannam, J., Betancort, T., Bloom, D., Patil-Deshmukh, A. The psychological toll of slum living in Mumbai, India: A mixed methods study. Social Science & Medicine. Vol 18. pp 155-169, 2014.

Subbaraman, R., Nolan, L., Shitole, T., Sawad, K., Shitole, S., Sood, K., Nanarkat, M., Ghannam, J., Betancort, T., Bloom, D., Patil-Deshmukh, A. The psychological toll of slum living – an assessment of mental health, disability, and slum-related adversities in Mumbai, India. The Lancet Global Health. Vol. 2. p 26, 2014.

Sinhaab, Rakhi., Andrews, Allen A., Lawrence, Robert S.,& Ghannam, Jess. Refugees' Right to Employment and Evolving Responsibilities of Host Countries: The Urgency of Iraqi Refugees to Realize Economic, Social, and Cultural Rights. Journal of Immigrant & Refugee Studies; Volume 10, Issue 4, 2012

Ghannam, J. Human Rights in the Middle East: Frameworks, Goals, and Strategies. Mahmood Monshipouri (ed.) Health and Human Rights in Palestine: The Siege and Invasion of Gaza and the Role of the Boycott, Divestment and Sanctions Movement**. 2012.

Bailony, M. R., Hararah, M. K., Salhab, A. R., Ghannam, I., Abdeen, Z., & Ghannam, J. (2011). Cancer registration and healthcare access in West Bank, Palestine: A GIS analysis of childhood cancer, 1998–2007. *International Journal of Cancer*, *129*(5), 1180-1189.

Ghannam, J. Palestine—A Nation Traumatized. In, "Psycho-Political Aspects of Suicide Bombers, Terrorism and Martyrdom", J. Marvasti (Ed.). C.C. Thomas: Springfiled, 2008

Ghannam, Jess
CV: 01/2017

Elbedour, S., Onwuegbuzie, T.,Ghannam, J., Hallaq, E., & Abu-Saad, A. Preliminary Investigation of the traumatic Effects of War on Children: A Psychological Report From Jenin, In Press

Hein, F. A., Elbe, S., Onwuegbuzie, A. J., Ghannam, J., & Whitcome, J. A. (2007). Posttraumatic stress disorder, depression, and anxiety among Gaza Strip adolescents in the wake of the second uprising (Intifada).

Haj-Yahia, M.; Quota, S. Punamaki, R., Montgomery, E.; Sarraj, E..Elbedour, S., Ghannam, J., Abu Heine, F. Challenges in studying the psychological effects of Palestinian children's exposure to political violence and their coping with this traumatic experience: Commentary. Child Abuse & Neglect. July 2007, vol. 31, No. 7, Pages 691-719.

Elbedour, S., Onwuegbuzie, A., Ghannam, J.,Whitcome, J., & Abu Hein Posttraumatic Stress Disorder, Depression, and Anxiety Among Gaza Strip Adolescents in the Wake of the Second Uprising (Intifada), F. Child Abuse and Neglect, 2007: Volume 31, Issue 7, July 2007, Pages 719-729

Ghannam, J. (2005). The use of psychoanalytic constructs in the service of empire: Comment on Baruch (2003).

Ghannam, J.Courageous Analysis. ObGynNews, Vol 42(20), p.9 (2007).

Ghannam, J. (2005). The Use of Psychoanalytic Constructs in the Service of Empire; Psychoanal. Psychol., 22:135-138.

Lifton, R., Ghannam, J. & Beinin, J.  Definitions of Terrorism. Journal of the American Medical Association, 2003:2254.

Shevrin, H., Ghannam, J. and Libet, B. (2002) "A Neural Correlate of Consciousness Related to Repression". Consciousness and Cognition, Vol 11(2), 334-341.

Shevrin, H., Ghannam, J. and Libet, B. (2002) "Response to Commentary on: A Neural Correlate of Consciousness Related to Repression". Consciousness and Cognition, Vol 11(2), 345-346.

Ghannam, J.H. Chateau Pommard: Reflections on Jean-Louis La Planche, (1995) Vol1. #1,Fort Da.

Ghannam, J.H. What is Attention Deficit Disorder? (1996) View. p.3.

Ghannam, J.H. What is Depression? (1995) View. p.4.

Ghannam, Jess
CV: 01/2017

Jones, E.E., Ghannam, J.H., Nigg, J.T., Dyer, J.T.; (1993), A Paradigm for Single Case Research: A Time Series Study of a Long-Term Psychotherapy for Depression. Journal of Consulting and Clinical Psychology, 61(3): 381-394.

Horowitz, L. M., Locke, K. D., Morse, M. B., Waikar, S. V., Dryer, D. C., Tarnow, E., & Ghannam, J. (1991). Self-derogations and the interpersonal theory. *Journal of Personality and Social Psychology*, *61*(1), 68.

Horowitz, M., Merluzzi, T., Ewert, M., Ghannam, J., Hartley, D., and Stinson, C. (1991), Role-Relationship Model Configurations In M.. Horowitz (Ed.) Person Schemas and Maladaptive Interpersonal Patterns. Chicago: University of Chicago Press.

Horowitz, M., Markman, H., & Ghannam, J.(1990). A classification theory of defense. In Jerome L. Singer (Ed.) Regression and Dissociation: Implications for Personality Theory. Psychopathology and Health, Chicago: University of Chicago Press.

Horowitz, M. J., Merluzzi, T. V., Ewert, M., Ghannam, J. H., Hartley, D., & Stinson, C. H. (1988). Rote-Retationship Models Configuration.*Psychodynamics and Cognition*, 115.

Ghannam, J.H. and Gresham, G. (1989) The anatomy of duty-to-warn: Clinical and legal implications. The California Psychologist, vol.23, #3, p9, p.14.

Ghannam, J.H. and Gresham, G. (1989) Supreme Court to review consent with involuntary psychiatric patients. The California Psychologist vol .23 #2, p. 5

Gresham, G. and Ghannam, J.H. (1988) A preliminary exploration of informed consent in involuntarily detained patients. The California Psychologist vol. 22,#4, p 18.

Ghannam, J.H. (1988) Structural change: A text analytic approach. Proceedings of the International Society for Psychotherapy Research. Santa Fe, New Mexico.

Ghannam, J.H. (1987) The Traumatized Self. A Look at Trauma and Its Vicissitudes. Contemporary Psychiatry. 6(3), 184- 185.

Ghannam, J.H. and Horowitz, M. (1987) The Social and Psychological Structure of Disaster. Contemporary Psychiatry. 6(2), 133-134.

Ghannam, J.H. (1987). A Method for Characterizing Representations of Self and Other from Clinical Transcripts. Proceedings of the Psychotherapy Research

Ghannam, Jess
CV: 01/2017

Meeting. Ulm, West Germany.

Gevins, A.S., Doyle, J.D., Cutillo, B., & Ghannam, J.H. (1981). Electrical Potentials in Human Brain During Cognition: New Methods Reveal Dynamic Patterns of Correlation. Science,213., 918-922.

Papsdorf, J.D., & Ghannam, J.H. (1978). Anxiety and Hemispheric Specialization: Implications for EEG Biofeedback. In L. Kimmel (Ed.) Biofeedback and Self-Regulation, LEA: New York.

## Published Abstracts

Ghannam, J.H. (1984c). Language and the Psychotherapeutic Process: An Empirical Exploration. DOCTORAL DISSERTATION; University of California, Berkeley.

Ghannam, J.H. (1983). A Critical Analysis of Neurobiological Plasticity. Criteria for a New Model. MASTERS' THESIS, University of California, Department of Health and Medical Sciences.

Ghannam, J.H. (1981). Human Hippocampal Correlates of Memory Function and Dysfunction. MASTERS' THESIS, University of California, Department of Psychology

## Papers Presented

Ghannam, J. & Robinson, M. Torture By Other Means: CIA Victims and the Denial of Rehabilitation to Survivors at Guantanamo Bay. International Rehabilitation Council for Torture Victims, Annual Convention, Mexico City. December, 2016.

Bylund CL, Ghannam J, Afana A, Ho E, Al-Arab B, Al-Khal A. Implementation and evaluation of a stress management and wellness course for residents in Qatar. Accreditation Council for Graduate Medical Education Annual Conference, National Harbor, Maryland: February 2016.

Ghannam, J. Empowering Communities and Individuals: Building Mental Health Capacity in the MENA Region. 7th International Conference: Health Issues in Arab Communities. Muskat, Oman. March 2015.

Ghannam, J. Planning Future Community Mental Health Programs in Gaza: The Therapeutic Playground. 7th International Conference: Health Issues in Arab Communities. Muskat, Oman. March 2015.

Ghannam, Jess
CV: 01/2017

Ghannam, J. (2013, November). Mental health in a state of war: An intervention and service model for the children of gaza. In 141st APHA Annual Meeting and Exposition (November 2-November 6, 2013). APHA.

Ghannam, J. The Psychiatric and Psychological Effects of Detention at Guantanamo: A Review. University of California, Berkeley, School of Public Health, March 2010.

Ghannam, J. Health, Human Rights, and Social Responsibility: The Humanitarian Crisis in Gaza. California State University Fresno. March 2010.

Ghannam, J. The Health Consequences of War and Occupation.  UCSF Medical School and Medical Center, 2003,2004,2005,2006, 2007, 2008, 2009, 2010

Ghannam, J. The Effects of Racialization, Profiling, and Special Registration on Muslim-American Identity. University of California, Berkeley Conference on Islam in America, 2003

Ghannam, J. The Mental Health Consequences of War and Occupation. University of California, Berkeley, School of Public Health, 2003.2004,2005,2006

Ghannam, J. Mental Health and Human Rights, Physicians for Human Rights, Stanford Medical School, Stanford, California. 2002,2003.

Ghannam, J.H. and Abdel Hamid Afana, A. Mental Health Training in Palestine: Current Perspectives and Future Considerations. (1997). International Conference on Mental Health and Human Rights. Gaza Community Mental Health Programme, Gaza.

Ghannam, J.H. Oppression and Torture: Psychoanalysis Under Occupation. (1996). Association for Psychoanalysis, Society and Culture. Washington, D.C.

Ghannam, J.H., & Merganthaler, E. (1989). Heart Rate Correlates of Conflictual Topics in Psychotherapy Text, European Society for Psychotherapy Research, Berne, Switzerland

Ghannam, J.H. (1989) Physiological Correlates of Different Themes in Psychotherapy, Society for Psychotherapy Research, Annual Convention, Toronto, Canada

Ghannam, J.H. & Gresham, G.L. (1989). Informed consent to receive antipsychotic medication in involuntarily detained patients. American Society of Law and Medicine Annual Convention, London.

Ghannam, J.H. (1988). Structural Change: A Text Analytic Approach. Society for

Ghannam, Jess
CV: 01/2017

Psychotherapy Research. Santa Fe, New Mexico.

Ghannam, J.H. & Metzler, T. (1988). Threshold Determination in Pathological Grief, Social Phobia & Controls. Experimental Studies Group. MacArthur Foundation Project on Conscious and Unconscious Mental Processes. University of California, San Francisco.

Ghannam, J.H. & Marmar, C.R. (1987). Experimental Probe Studies of Unconscious Mental Processes. Swedish Research Society, Umea, Sweden.

Ghannam, J.H. (1987). Representations of Self and Other From Clinical Transcripts: A Quantitative Approach for Characterizing Schemas. Paper Prepared to the Society for Psychotherapy Research Meeting, Ulm, West Germany.

Horowitz, M.J., Markman, H., Tunis, S., & Ghannam, J.H. (1986). Towards a Theory of Defense Classification. Paper presented at Yale University, MacArthur Foundation Conference on Repression, 1986.

Ghannam, J.H. (1985). Psychoanalysis as a Science: Ontology Versus Methodology. American Psychological Association Annual Convention, Los Angeles, California.

Ghannam, J.H. (1984b). The Function of Speech in Psychoanalysis: An Empirical Study. American Psychological Association Annual Convention, Toronto, Canada.

Ghannam, J.H. (1984a). Speech Clarity: A Measure of the Psychotherapeutic Process. international Society for Psychotherapy Research, Annual Convention; Banff, Canada.

Ghannam, J.H. (1983). Research in Psychoanalysis: A Methodological Evaluation. American Psychological Association Annual Convention; Anaheim, California

Ghannam, J.H. (1983). A Critical Evaluation of Neurobiological  Plasticity: Criteria for a Comprehensive Model for the Recovery of Function.  International Neuropsychological Society Convention, Lisbon, Portugal.

Ghannam, J.H. (1983). Theoretical Perspectives on the Recovery of Cognitive Functions after CNS Insult. California State Psychological Association Annual Convention, San Francisco, California.

Papsdorf, J.D. & Ghannam, J.H. (1978). Asymmetric Digit Response to Test Anxiety Imagery. Southeastern Psychological Association National Convention, Atlanta, Georgia.

Ghannam, Jess
CV: 01/2017

Papsdorf, J.D. & Ghannam, J.H. (1978). Test Anxiety and Hemispheric Specialization: Implications for Research. Southeastern Psychological Association National Convention, Atlanta, Georgia.

Papsdorf, J.D. & Ghannam, J.H. (1977). Test Anxiety and Lateral Eye Movements. American Psychological Association, Annual Convention, San Francisco, California.

## **Invited Lectures and Panels**

US Department of Labor, Psychological Work-Related Issues – Is it TBI, PSTD, or Merely a General Psychiatric Diagnosis?. San Francisco, September, 2016.

University of California San Francisco, San Francisco General Hospital, General Rounds. Confronting Hate and Islamophobia in the Workplace. April, 2016.

Yale University, Moral Economies and Social Change. Humanatarian Responses in the Wake of Catastrophe. September, 2015.

San Francisco General Hospital, Grand Rounds. Islamophobia and Hate Crimes. October, 2015.

American Studies Association Annual Meeting, The Indivisibility of Justice: Palestine in the American Imaginary.   The Health Effects of the Gaza Invasion and Siege on Palestinians, San Antonio, November, 2010.

Psychologists for Social Responsibility, Panel Discussion, New Directions for The Anti-Torture Movement, July 2010

The Psychiatric AME/QME Report and the GAF. California Association of Applicant Attorneys. Oakland, California. July 2010.

International Day in Support of Victims of Torture, Panel Discussion, Amnesty International, San Francisco, CA, June, 2010

Western Regional International Health Conference, "War & Global Health: Transforming our professions, Changing our World". Health Professionals and Torture: Perpetrators, Activists, and Healers, University of Washington, April, 2010

University of California Berkeley, School of Public Health. "The Mental Health Effects of Torture in Guantanamo". March 2010

Ghannam, Jess
CV: 01/2017

Commonwealth Club, San Francisco. The Quest for Palestinian National Identity, Panel discussion, 2009

University of California San Francisco, School of Medicine, Physicians for Social Responsibility, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

Claremont Collage, Scripps Campus, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

University of California Davis, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

UC Berkeley, Boalt Law School, Symposium on "Overcoming Divisions Within Communities of Color, February, 2008.

UCSF School of Medicine Symposium on Health Effects of War, "The Psychiatric Effects of War and Occupation", 2007,2008

University of Nevada, Reno School of Medicine. "Health and Mental Health Effects of War and Occupation", 2007.

University of California, San Francisco Global Health Sciences, Seminar on Global Health, "Mental Health Research and Practice Globally", 2004, 2005, 2006, 2007,2008,2009, 2010, 2011, 2012, 2013, 2014, 2015.

Department of Psychiatry, UCSF, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2002,2003, 2004

Tenderlion Clinic, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2001, 2002, 2003

Department of Equal Employment (EEOC), San Francisco, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2002

Department of Psychiatry, San Francisco General Hospital, Psychiatric Emergency Services, "Traumatic Effects of Racial Profiling and Hate Crimes", October, 2002

Department of Psychiatry, San Francisco General Hospital Grand Rounds, "Traumatic Effects of Racial Profiling and Hate Crimes", 2001

School of Social Welfare, University of California, Berkeley, "Psychoanalytic Perspectives in Working With Older Adults", 2000

Ghannam, Jess
CV: 01/2017

San Francisco Psychoanalytic Institute, Friends Society, "Money, Class, and Resistance", 2000

Department of Orthopedic Surgery, UCSF, Grand Rounds, "Psychological Care of the Poly-Traumatized Patient", 1998

American Academy of Orthopedic Surgeons, "Psychological Care of the Poly-traumatized Patient", San Francisco, 1997

Wright Institute, Berkeley, California. "What is Psychoanalysis", 1995, 1996, 1997, 1998

Pacific Gas, & Electric Company, System Wide Symposium on "Coping with Depression in the Workplace". 1997

UCSF Brown Bag Lecture. "Advances in the Treatment of Depression". 1997

UCSF Healthy Aging Series, UCSF Medical Group. "Coping with Loss and Change". 1994, 1995, 1996

UCSF Center on Aging, Geriatric Noon Conference, "Depression in the Elderly". UCSF Mount Zion Medical Center, 1996

UCSF Mount Zion, Department of Medicine, Noon Conference, "Advances in the Treatment of Depression", 1996

University of California, San Francisco, Center on Aging, Symposium on Chronic Illness and Depression in the Elderly. " The Treatment of MDD in the Elderly Cardiac Patient". 1994

Eureka General Hospital and Mad River Community Hospital, "Diagnostic Psychological Evaluations", Medical Grand Rounds, 1991

The Wright Institute, Berkeley, "Crisis Intervention", 1990

University of California, Berkeley, Department of Psychology Colloquium, "Informed Consent with Involuntarily Detained Psychiatric Patients", 1989.

University of California, Berkeley, Department of Psychology, Clinical Psychology Program Conference, "Epidemiology and Psychodynamics of Suicide ", 1989

San Francisco General Hospital, Department of Psychiatry, Consultation-Liaison Service, Post-Traumatic Stress Disorder and Severe Personality Pathology, 1988.

Ghannam, Jess
CV: 01/2017

Highland General Hospital, Department of Medicine, Grand Rounds, "Post-Traumatic Stress Disorders in Medical Practice, 1988

Mount Zion Hospital and Medical Center, Department of Psychiatry , Grand Rounds. "Research into the Supervisory Experience." (with Drs. Schupak and Marrott), 1988

San Francisco State University, Department of Psychology, Clinical Case Conference. Invited consultant to clinical graduate students, 1988

University of California, Berkeley, Department of Psychology. "Suicide: Theory, Assessment, and Intervention." Presented to faculty and graduate students in clinical psychology, 1987

Wells Fargo Employee Assistance Services, "Psychodynamic Principles of Individuals in Organizations." Presented to the clinical staff, 1987

San Francisco State University, Department of Psychology. "Psychoanalytic Psychotherapy. Theory and Technique." Presented to advanced graduate students in clinical psychology, 1987

Tenderloin Clinic, San Francisco, "Psychodynamic Treatment of Severe Personality Disorders." Presented to staff and trainees, 1986

Wells Fargo Employee Assistance Services,  "Psychodynamic Principles of individuals in Organizations." Presented to the clinical staff, 1986

San Francisco State University, Department of Psychology, "Psychoanalytic Psychotherapy: Theory and Technique." Presented to advanced graduate students in clinical psychology, 1986

San Francisco Psychoanalytic Institute, "The Evolution of the Theme of  Castration in Freud's Writings." Presented to first year candidates, course on Oedipal Development, 1985

San Francisco State University, Department of Psychology, "Psychoanalytic Psychotherapy: Theory and Technique." Presented to advanced graduate students in clinical psychology, 1985

San Francisco Psychoanalytic Institute, "The Evolution of the Theme of Castration in Freud's Writings." Presented to first year candidates, course on oedipal development", 1984

San Francisco State University, Department of Psychology, "Psychoanalytic

Ghannam, Jess
CV: 01/2017

Psychotherapy. Theory and Technique." Presented to advanced graduate
students in clinical psychology, 1984

San Francisco State University, Department of Psychology,  "Psychoanalytic
Psychotherapy. Theory and Technique." Presented to advanced graduate
students in clinical psychology, 1983

## Teaching Experience

Health Consequences of Occupation and War, University of California, Berkeley,
School of Public Health. Course Instructor and Lecturer. 2010

Post-Colonial Formulations of Arab and Arab American Identity, SFSU Ethinic
Studies, 2003, 2004, 2005, 2006, 2007

Advanced Seminar in Geropsychology. Post-Doctoral Fellows, UCSF Institute on
Aging, 1999-2002

Continuous Case Conference, Advanced Interns, UCSF-Stanford Health Care,
Department of Psychiatry, 1995-2000

Introduction to Clinical Psychology and the DSM4, Diploma Programme, Gaza
Community Mental Health Programme, Gaza, 1996-Current.

Introduction to Psychoanalysis, Department of Psychiatry, University of
California, San Francisco, Mount Zion Campus, 1992-2000

Psychoanalytic Theories: Five Perspectives. Department of Psychiatry, California
Pacific Medical Center, 1991-1995

Core Readings and Case Conference in Psychoanalytic Psychotherapy.
Department of Psychiatry, Mount Zion Hospital and Medical Center of UCSF,
1990-2000

Introduction to the Work of Lacan Mount Zion Crisis Clinic, 1991

Theoretical and Technical Considerations in the Treatment of Character
Pathology, Department of Psychiatry, Mount Zion Hospital and Medical Center,
1989, 1990

Diagnostic Neuropsychological and Psychological Differential Diagnosis
Department of Psychiatry, Crisis Clinic, Mount Zion Hospital and Medical Center,
1989-1990

Ghannam, Jess
CV: 01/2017

Fundamentals of Psychopathology Third year Clerkship in Psychiatry, Department of Psychiatry, University of California, San Francisco, 1989-1994

Introduction to Clinical Psychology, Department of Psychology, University of California, Berkeley, 1989

Treatment of Severe Personality Disorders. Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1988

Psychiatric Aspect of Medical  Practice. University of California, San Francisco and Mount Zion Hospital, 1987, 1988

Seminar Leader, Psychiatry 100A and 100B - Introduction to Psychiatry. Department of Psychiatry, University of California, San Francisco, 1986, 1987, 1988

Introduction to Masochism and Object Relations, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986,1987

Training Seminar, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986, 1987, 1988

Teaching Associate, Seminar on Research Methods. Department of Health and Medical Sciences, University of California, Berkeley, Winter 1981, Spring 1981, Fall 1981, Winter 1982, Fall 1982, Winter 1983, Spring 1983

Teaching Assistant, Introduction to Psychology-Department of Psychology, University of California, Berkeley, Fall 1980, Spring 1981, Fall 1981, Winter 1982

Teaching Assistant, Department of Psychology, University of Michigan, Fall 1978, Winter 1979

## Research-Experience

Project on the Psychological and Psychiatric Consequences of Detention and Release from Guantanamo, Collaborative project with the UC Berkeley School of Law International Human Rights Law Clinic and Human Rights Center, 2009-Current.

Project on Differential Cancer Rates Using GIS in Palestine, UCSF, 2008-Current

Project on the Traumatic Effects of War and Occupation, Gaza Community Mental Health Program, 1996-Current

Ghannam, Jess
CV: 01/2017

Project on Burnout Among Medicial Residents, Hamad Medical Center, Doha,
Qatar, 2013-Current

Project on Quality of Life Outcomes in Differential Treatments of Lung Cancer,
with David Jablons, UCSF Department of Surgery, 1997-2000.

Project on Psychiatric Co-morbidity of Dermatology Disorders, with Tim Berger,
Department of Dermatology, UCSF, 1995-2000

Member, Alzheimer's Project, Center for Clinical Aging Services Research, UCSF
Institute on Aging, San Francisco, 1990-2000

Member, Geriatric Depression Project, Institute on Aging and Department of
Psychiatry, University of California, San Francisco, 1990-2000

Member, Berkeley Psychotherapy Project, Department of Psychology, University
Of California, Berkeley, 1989-1992

Co-Director, Project on Duty to Warn with Psychiatric Liaison Unit, 1988-1991

Co-Director, Project on the Study of Informed Consent, Department of
Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1988-1991

Residential Scientist, MacArthur Foundation Program on Conscious and
Unconscious Mental Processes, Langley Porter Psychiatric Institute, University of
California, San Francisco, 1984-1989

Joint Project on Neural Correlates Unconscious Mental Processes (with Drs. Ben
Libet and Howard Shevrin), University of California, San Francisco and University
of Michigan, 1981-1988

Research Project on Medical Student Supervision (with Dr. Mel Schupack),
Department of Psychiatry , Mount Zion Hospital and Medical Center, 1984-1989

Communication Mismatches in Depression, Department of Psychology, Stanford
University, 1984-1985

Interpersonal Correlates of Process and Outcome in Psychotherapy (with Dr.
Leonard Horowitz), Stanford University and Kaiser Hospital, 1984-1985

Co-Director, Project on the Use of Computer Technology in the Rehabilitation
and Recovery of Cognitive Functions After Central Nervous System Insult,
Departments of Psychiatry, Neurology, and Rehabilitative Medicine, Mount Zion
Hospital and Medical Center, 1983-1984

Ghannam, Jess
CV: 01/2017

Psychotherapy Research Project (with Dr. Enrico Jones), Department of Psychology, University of California, Berkeley, 1983-1984

Member (with Drs. Weiss and Sampson), Mount Zion Psychotherapy Research Group, 1981-1989

Staff Research Associate I (with Alan Gevins), EEG Systems Laboratory, Langley Porter Psychiatric Institute, University of California, San Francisco, 1980-1982

Research Assistant (with Dr. Enoch Callaway), Department of Psychiatry, University of California, San Francisco, 1980

Research Assistant (with Dr. Sheldon Korchin), Department of Psychology, University of California, San Francisco, 1980

Research Assistant (with Dr. Howard Shevrin), Adult Psychiatric Hospital, University of Michigan, 1979

Research Assistant (with Dr. Aaron Smith), Neuropsychological Laboratory, University of Michigan, 1979

Consultant, Mental Health Unit, Milan Federal Prison, 1978-1979

Research Assistant (with Dr. James Papsdorf), Laboratory of Applied Psychology, University of Michigan, 1977-1979

Research Assistant (with Dr. Howard Shevrin), Neuropsychiatric Institute, Department of Psychiatry, University of Michigan, 1978-1979

Research Fellow (with Dr. James Papsdorf), Institute of Human Adjustment, University of Michigan, 1977-1978


## Supervision Experience

Supervision of Medical Students and GHS Students, University of California, San Francisco, 1997 - Current

Supervision of Psychiatric Residents, Department of Psychiatry, University of California, San Francisco, 1986-Current

Supervision of UCSF Medical Students, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1983-2009

Ghannam, Jess
CV: 01/2017

Supervision of Pre- and Post-Doctoral Students, Department of Psychiatry, Mount Zion Campus, University of California, San Francisco, 1989-2000

Supervision of Interns, Wright Institute, Berkeley, CA, 1992-2010

Supervision of Psychology and Psychiatry Trainees, Department of Psychiatry, California Pacific Medical Center, 1991 -1993

Supervision of Psychology Trainees, Department of Psychiatry, San Francisco veterans Administration Hospital, 1988-1992

Supervision of Trainees, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1983-1989

Supervision of Post-Doctoral Trainees, Outpatient Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1984-1989

Supervision of Clinical Graduate Students, Department of Psychology, San Francisco State University, San Francisco, 1983-1985

## Workshops

Cultural and Clinical Competence in Working with Arab and Muslim Americans, San Francisco Community Mental Health and the San Francisco Department of Public Health, 2002,2004.

Psychoanalysis and Art: The Re-Embodyment of Desire. Morphos Gallery and Somar,1994. Co-Chair.

California State Psychological Association, Current Trends in Mental Health and the Law, San Francisco, 1989, Chair

Protection and Advocacy Services, Informed Consent, Invited Address, 1989

California State Psychological Association, The Anatomy of Duty-to-Warn: Clinical and Legal Foundations, San Francisco, 1989, Chair

Society for Psychotherapy Research, Text Analytic Approaches in Psychotherapy, Toronto, 1989, Participant

## Committees

Ghannam, Jess
CV: 01/2017

Center for Communiy Engagement, Faculty Co-Chair, University of California, San Francisco, 2016-Current

Board of Trustees, Sofia University, 2016-Current.

Chancellor's Committee on Climate and Diversity, University of California, San Francisco, 2010-Current

University Community Partnerships Council, University of California, San Francisco, 2010-Current

Geriatric Advisory Committee, UCSF-Stanford Health Care, 1997-2000

HIV Advisory Committee, Mount Zion Medical of the University of California, San Francisco, 1991-1997

Collaborative practice committee, AIDS Unit, Mount Zion Hospital and Medical center of UCSF, 1990-1997

Collaborative practice committee, 4 East Telemetry Unit, Mount Zion Hospital and Medical center of UCSF, 1990-1997

Chairman, Utilization Review Committee, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-1991

## Organizational Consultation

Hospital consultant for administration, nursing, and medical staff, Mount Zion Hospital and Medical Center of UCSF, 1990-1997

Hospital consultant for administration and nursing, Moffitt-Long Hospital, University of California, San Francisco, 1991-1997

Consultant, Employee Assistance Services, Wells Fargo Bank, 1986, 1987, 1995

Consultant, Mental Health Unit, Milan Federal Prison, Milan, Michigan, 1978-1979

## Professional and Society Memberships

Member, Health Professionals Against Torture
Member, Phi Beta Kappa Honor Society
Member, Division39; American Psychological Association
Member, American Psychological Association
Member, Sigma XI Scientific Society

Ghannam, Jess
CV: 01/2017

Member, International Society for Psychotherapy Research
Member, California Society of Industrial Medicine and Surgery
Member, Psychologists for Social Responsibility

## Radio and Television Experience

Commonwealth Club
KPOO Radio
BBC Radio and Television
Al Jazeera English
Air America Radio WBAI, New York, Invited Guest, 2004
Free Speech Radio, Invited Guest, 2004
WorldLink TV, Invited Guest
KQED Radio, Invited Guest on Perspectives on the War
KCSM TV, Invited Guest on Racial Profiling
KALW Radio, Invited Guest on Racial Profiling
KQED Radio, Invited Guest on Racial Profiling
BAY TV, Invited Guest on Depression in the Elderly
BAY TV Invited Guest on Seasonal Affective Disorder
KGO Talk Radio, Invited Discussant on Depression
KCBS Radio, Invited discussant on Depression
KGO Talk Radio, Invited discussant on Addictions
KQED Radio, Invited discussant on Work Stress

## Medical-Legal and Forensic Experience

Expert Witness, National Security Cases Requiring TS/SCI Level Clearance (DoD and DoJ)
Worker's Compensation, Evaluation, Treatment, and Testimony.
Expert Witness, Testimony, Evaluation, and Deposition, State and
Federal Courts.

Qualified Medical Evaluator, Agreed Medical Evaluator, Independent Medical Evaluator

## Grants and Awards

Mount Zion Hospital and Medical Center Research Fund, San Francisco, for studying the informed consent process in psychiatric patients, l988

Mount Zion Hospital and Medical Center Research Fund, San Francisco, for studying the characteristic of HIV infected individuals in emergency psychiatric

23

Ghannam, Jess
CV: 01/2017

facilities, 1989.

Fluoxetine/Placebo Trial in Geriatric Patients with MDD. Eli-Lilly, 1990

Mount Zion Health Systems, Grant for the implementation of psychiatric services for Russian Immigrants, 1994-1998.

A Placebo Controlled Comparison of Nefazadone and Fluoxetine in the Treatment of Elderly Patients with Major Depressive Illness. Bristol-Meyers Squibb 1991

An Open Label Multicenter Trial of Nefazodone in the Treatment of Patients with Mood Disorders. Bristol-Myers Squibb. 1991

A Multicenter Trial of t Efficacy of Extended-Release Oral Physostigmine in Alzheimer's Disease and Senile Dementia of t Alzheimer Type. Forest Laboratories, 1993

Efficacy and Safety Study of Besipirdine hydrochloride (HP 749) in Patients with Alzheimer's Disease. Hoechst-Roussel Pharmaceuticals, Inc., 1993

A Multicenter, Double-Blind Trial to Evaluate the Efficacy and Safety of Two Dose Ranges of Buspirone HCl (15-35mg and 40-6Omg) Compared to Placebo in the Management of Agitated Behavior in Patients with Dementia of the  Alzheimer's Type, Multi-Infarct Dementia, or Mixed-Type Dementia. Bristol-Myers Squibb Company, 1994

Longitudinal Study of Adrenocorticoids & Functioning in Alzheimer's Disease. Alzheimer's Association, 1995

Double-Blind Controlled Study of Venlafaxine and Fluoxitine in Geriatric Outpatients with Major Depression, 1996

A 48 Week Study to Compare Efficacy an1d Safety of Propentofylline (HW A285) with Placebo in Outpatients with Alzheimer's Disease, 1996

A 24 Week Study to Compare Efficacy and Safety of Propentofylline (HW A 285) with Placebo in Outpatients with Vascular Dementia, 1996

A Randomized, Double-Blind, Placebo Controlled Evaluation of t Effects of Donepezel Hydrochloride (E2020) in the Management of Patients  in a Nursing Home Facility, Eisai, Inc., 1996

Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients with Dementia Associated with Cerebovascular Disease. Pfizer

Ghannam, Jess
CV: 01/2017

Pharmaceutica1s, 1996

A Multicenter, Double-Blind Comparison of Efficacy and Safety of Seroquel, Haloperidol, and placebo in the treatment of elderly subjects residing in nursing homes or assisted care facilities and presenting with Alzheimer's Dementia and psychoses or other selected psychoses.  Zeneca Pharmaceuticals, 1997

## **Community Service**

Numerous and extensive invited talks on depression, coping with stress, adjustment issues related to aging and coping with hate crimes. These activities have taken place in community centers and places of secondary education in San Francisco, Marin, and Alameda counties.

Professional References: Available upon request