**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No. 1:16CR143 |
| | ) | |
| **MOHAMAD JAMAL KHWEIS,** | ) | UNDER SEAL |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S POSITION ON SENTENCING – EXHIBIT C**

Evaluation Report from Jess Ghannam, PhD, MSc, QME

**[FILED UNDER SEAL]**