IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:16CR143 |
| ) | |
| MOHAMAD JAMAL KHWEIS, ) | |
| ) | |
| Defendant.  ) | |

**DEFENDANT'S POSITION ON SENTENCING – EXHIBIT D**

**Sentencing Chart**

| NAME | CASE No. | OFFENSE | PLEA | SENT. | BASIC FACTS |
|---|---|---|---|---|---|
| Bilal Abood | 3:15-cr-256 (N.D. Tex.) | 18 U.S.C.§1001 False Statements | G | 48 Months | Traveled to Syria in 2013 and then returned to the US. In 2014 tweeted," I pledge obedience to the Caliphate Abu Bakr al-Baghdadi." Attempted to board an int'l flight, but stopped at airport. Lied to FBI about purpose of travel, which was to fight Syrian regime of Al-Assad. *See* ECF No. 33. |
| Haniffa Bin Osman | 1:06-cr-00416 (D. Md.) | 18 USC §2339B Conspiracy to Provide Material Support to FTO; 18 USC §1956 Money Laundering | G | 37 Months | Conspired with Wotulo, Subandi, and Varatharasa, and Naidu to provide material support to Tamil Tigers, an FTO, and attempted to illegally export arms, including state of the art firearms, grenade launchers, night vision devices, surface to air missiles and unmanned aerial vehicles. Discussed illegality of the transfer of the arms to the Tamil Tigers w/ UC and provided navigational coordinates for a delivery in the Indian Ocean.  Traveled to Guam  inspected  machine guns, sniper rifles and ammunition, two surface to air missiles, and agreed to communicate with others within the Tamil Tigers about the availability and pricing of the missiles. Arranged for the transfer of over $1 million to undercover bank account. *See* Oct.30, 2008 DOJ Press Release #08-969. |
| Erick Wotulo | 1:06-cr-00416 (D. Md.) | 18 USC §2339B Conspiracy to Provide Material Support to FTO; 18 USC §1956 Money Laundering | G | 30 Months | (see above) |
| Haji Subandi | 1:06-cr-00416 (D. Md.) | 18 USC §2339B Conspiracy to Provide Material Support to FTO; 18 USC §1956 Money Laundering | G | 37 Months | (see above) |
| Thirunavukarasu Varatharasa | 1:06-cr-00416 (D. Md.) | 18 USC §2339B Conspiracy to Provide Material Support to FTO; 22 USC §2778 Attempted Export of Arms & Munitions | G | 57 Months | (see above) |
| Balraj Naidu | 1:08-cr-00091 (D. Md.) | 18 USC §2339B(a)(1);18 USC §2339A(b)(1) Conspiracy to Provide Material Support to FTO | NG - jury trial | 57 Months | Tamil Tigers financier who conspired w/ Bin Osman, Haji Subandi, Erick Wotulo and Thirunavukarasu Varatharasa to provide over a million dollars worth of weapons to Tamil Tigers.  After 28 tons of weapons and ammunition were airlifted to Guam, co-conspirators inspected weapons, and wired UC's additional money.  Co-conspirators (above) were arrested.  Subsequent investigation led to Naibu's arrest. *See* December 16, 2010 Md. U.S. Attorney's Office Press Release. |

1

| Name | Case | Charge | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Abdirizak Mohamed Warsame | 0:16-cr-00037 (D. Minn.) | 18 USC §2339B Providing Material Support or Resources to Designated FTO | G | 30 Months | Part of a group of individuals who sought to travel to Syria to fight with the designated foreign terrorist organization. Participated in meetings with a group of individuals who wished to travel to Syria to join ISIL. Discussed means of funding travel to Syria and potential routes from Minnesota to Syria to elude law enforcement. Applied for expedited passport to travel to join ISIL, provided approx. $200 to co-conspirator for fees expedited passport application so he could travel to Syria to joing ISIL. See ECF No. 67. |
| Alexander E. Blair | 5:15-cr-40031 (D. Kan) | 18 U.S.C. §371 Conspiracy | G | 15 Months | Conspired with another man who devised a plot to detonate a vehicle bomb at Fort Riley military base. Asked after he was arrested about the fact Co-conspirator's plan called for America service members to die in the bombing, Blair said: "That's what they signed (up) for." (co-conspirator received 360 months). See ECF No. 49. |
| Earnest James Ujaama | 2:02-cr-00283 (W.D. Wash) | 31 USC §545.204; 31 USC §545.206(b); 50 USC §1705(b) violation of the International Emergency Economic Powers Act (material support and 924(c) charges dismissed) | G | 24 Months | Conspired to provide goods and services to the Taliban. See ECF No. 75. |
| Mark Robert Walker | 3:04-cr-02701 (W.D. Tex.) | 50 USC §1705.F Attempting to make a Contribution of Goods or Services to a Specially Designated Terrorist Organization | G | 7 Months and 49 Days | Detained at the airport with $2,200 he intended to provide a designated terrorist organization (Al-Ittihad Al-Isiami in Somalia). See ECF No. 20. |
| Ahmed Hussein Mahamud | 0:11-cr-00191 (D. Minn.) | 18 USC §2339B (a)(1) Conspiracy to Provide Material Support to FTO | G | 36 Months | Conspired to provide money and people to al-Shabaab. Assisted with fundraising under false pretenses, when, in fact, money was to purchase airline tickets and pay expenses for men who traveled to join al-Shabaab. Conspired to send money to an al-Shabaab fighter to assist in buying weapons. See ECF No. 78. |
| Salah Osman Ahmed | 0:09-cr-0050 (D. Minn.) | 18 USC §2339A(a) Providing Material Support to Terrorists | G | 36 Months | Conspired to provide money and people to al-Shabaab. Raised money from the Somali-American community under false pretenses. Traveled from Minneapolis to fight in Somalia. While in Somalia, received basic training from al-Shabaab on AK-47s, rocket-propelled grenades, and machine guns. Assisted in building a training camp for al-Shabaab, before quitting camp with Isse. See ECF No. 138. |

2

| Name | Case | Charge | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Abdifatah Yusuf Isse | 0:09-cr-0050 (D. Minn.) | 18 USC §2339A(a) Providing Material Support to Terrorists | G | 36 Months | Conspired to provide money and people to fight in Somalia. Traveled to Somalia and joined al-Shabaab. While there, participated in fund-raising calls back to US to garner money to purchase AK-47 rifle. Stayed at al-Shabaab safe house and briefly attended an al-Shabaab training camp before quitting. *See* ECF No. 137. |
| Nima Ali Yusuf | 3:10-cr-04551 (S.D. Cal.) | 18 USC §2339B(a)(1) Conspiracy to Provide Material Support to FTO | G | 96 Months | Conspired with Isse (above) and others. Sent approx. $1,450 to men fighting in Somalia for al Shabaab, and to lied to federal agents about it. Tried to help co-conspirator recruit a local man to go and fight for al Shabaab. When co-conspirator told Yusuf that al Shabaab had completed a successful "martyrdom operation" in which Burundian peacekeeping troops were killed, Yusuf responded, "Oh my God. God is great. Wonderful. I swear to God, you told me something to be happy about." *See* Dec.11, 2012 DOJ/FBI press release. |
| Omer Abdi Mohamed | 0:09-cr-00352 (D. Minn.) | 18 USC §2339A(a) Conspiracy to Provide Material Support to Terrorists | G (1 day before trial) | 144 Months | Member of a conspiracy that recruited young men of Somali descent to travel to Somalia to fight against Ethiopian troops, who were in Somalia assisting the internationally recognized Transitional Federal Government ("TFG") of Somalia. Mohamed admitted assisting the men in planning their trips, knowing that once in Somalia, the men intended to murder, kidnap, or maim Ethiopian and Somali government troops. *See* ECF No. 172 |
| Mohammed Hamzah Khan | 1:14-cr-00564 (N.D. Ill.) | 18 USC §2339B (attempt) Conspiracy to Provide Material Support to Terrorists | G | 40 Months | Arrested at airport attempting to join ISIL in Syria with his two minor siblings in tow. Spent months using online alysises to coordinate logistics with ISIL members for admission into Syria. *See* ECF No. 81. |
| Shannon Maureen Conley | 1:14-cr-00163 (D. Colo.) | Conspiracy 18 USC §371 to violate 18 USC §2339B Conspiracy to Provide Material Support to Terrorists | G | 48 Months | Arrested at airport attempting to join ISIS in Syria. Coordinated her travel online with other ISIS members. Joined the U.S. Army Explorers to be trained in U.S. military tactics and in firearm prior to joining ISIS Also obtained first aid/nursing certification and National Rifle Association certification. *See* ECF No. 37. |
| Hassan Moussa Makki | 2:03-cr-80079 (E.D. Mich.) | 18 USC §1962(d) Conspiracy to Violate the Racketeer Influenced and Corrupt Organization Act (RICO);18 USC §2339B(a)(1) Providing Material Support to FTO | G | 57 Months | Provided material support to Hizbollah. *See* June 23, 2006 DOJ press release #06-389 |

3

| Name | Case | Charges | | Sentence | Notes |
|---|---|---|---|---|---|
| Ilyas Ali | 3:02-cr-02912 (S.D. Cal.) | 21 USC §846; 21 USC §841(a) Conspiracy to Distribute Heroin and Hashish, 18 USC §2339B Providing Material Support to Terrorists | G | 57 Months | Involved in an international drugs-for-weapons program. *See* June 23, 2006 DOJ press release #06-389. |
| Saifullah Durrani | 3:02-cr-02912 (S.D. Cal.) | 21 USC §846; 21 USC §841(a) Conspiracy to Distribute Herion and Hashish; 18 USC §2339B Providing Material Support to Terrorists | G | 57 Months | Involved in an international drugs-for-weapons program. *See* June 23, 2006 DOJ press release #06-389. |
| Javed Iqbal | 1:06-cr-01054 (S.D.N.Y) | 18 USC §2339B Providing Material Support to Terrorists | G | 69 Months | Provided satellite transmission services to Hizbollah TV station, al-Manar, in exchange for thousands of dollars. Attempted to disguise signal throughout. *See* ECF No. 107. |
| Saleh Elahwal | 1:06-cr-01054 (S.D.N.Y) | 18 USC §2339B Providing Material Support to Terrorists | G | 17 Months | Partners with Iqbal (above). *See* ECF No. 107. |
| Carmen Maria Ponton Caro | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 70 Months | Leaders of an alien smuggling organization. obtained fraudulent Colombian and Spanish passports. circumvented Colombian airport immigration controls and smuggled the purported terrorists to the United States. Provided material support to the FARC, an FTO. *See* Feb. 29, 2008 DOJ Press Release #08-156. |
| Victor Daniel Salamanca | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 70 Months | Leaders of an alien smuggling organization. obtained fraudulent Colombian and Spanish passports. circumvented Colombian airport immigration controls and smuggled the purported terrorists to the United States. Provided material support to the FARC, an FTO. *See* Feb. 29, 2008 DOJ Press Release #08-156. |
| Jalal Sadat Moheisen | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 70 Months | Leaders of an alien smuggling organization. obtained fraudulent Colombian and Spanish passports. circumvented Colombian airport immigration controls and smuggled the purported terrorists to the United States. Provided material support to the FARC, an FTO. *See* ECF No. 223. |
| Julio Cesar Lopez | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | Time-Served | In conspiracy w/ above. *See* Feb. 29, 2008 DOJ Press Release #08-156. |
| Bernardo Valdes Londono | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 30 Months | In conspiracy w/ above. *See* ECF No. 197. |
| Jose Tito Libio Ulloa Melo | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 30 Months | In conspiracy w/ above. *See* ECF No. 210. |
| Luis Alfredo Daza Morales | 1:06-cr-20001 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 30 Months | In conspiracy w/ above. *See* Feb. 29, 2008 DOJ Press Release #08-156. |

4

| Name | Case | Charge | | Sentence | Description |
|---|---|---|---|---|---|
| Carlos Adolfo Romero-Panchano | 4:03-cr-00182 (S.D. Tex) | 18 USC §2339B.F Conspiracy to Provide Material Support and Resources to FTO | G | 61 Months | Supplied material support to a terrorist organization (the United Self-Defense Forces (AUC) of Colombia) through a weapons-for-drugs conspiracy. *See* ECF No. 55. |
| Fanny Cecilia Barrera de Amaris | 4:03-cr-00182 (S.D. Tex) | 18 USC §2339B.F Conspiracy to Provide Material Support and Resources to FTO | G | 36 Months | Supplied material support to a terrorist organization (the United Self-Defense Forces (AUC) of Colombia) through a weapons-for-drugs conspiracy. *See* ECF No. 55. |
| Yahya Goba | 1:02-cr-00214 (W.D.N.Y.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 120 Months | Attended a military-type al Qaeda terrorist training camp, specifically the al Farooq camp associated with Osama bin Ladin in Afghanistan. *See* June 23, 2006 DOJ press release #06-389 |
| Sahim Alwan | 1:02-cr-00214 (W.D.N.Y.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 114 Months | Attended a military-type al Qaeda terrorist training camp, specifically the al Farooq camp associated with Osama bin Ladin in Afghanistan. *See* June 23, 2006 DOJ press release #06-389 |
| Shafal Mosed | 1:02-cr-00214 (W.D.N.Y.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 96 Months | Attended a military-type al Qaeda terrorist training camp, specifically the al Farooq camp associated with Osama bin Ladin in Afghanistan. *See* June 23, 2006 DOJ press release #06-389 |
| Yasein Taher | 1:02-cr-00214 (W.D.N.Y.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 96 Months | Attended a military-type al Qaeda terrorist training camp, specifically the al Farooq camp associated with Osama bin Ladin in Afghanistan. *See* June 23, 2006 DOJ press release #06-389 |
| Mukhtar al-Bakri | 1:02-cr-00214 (W.D.N.Y.) | 18 USC §2339A.F Providing Material Support to Terrorists | G | 120 Months | Attended a military-type al Qaeda terrorist training camp, specifically the al Farooq camp associated with Osama bin Ladin in Afghanistan. *See* June 23, 2006 DOJ press release #06-389 |
| Mohammed Abdullah Warsame | 0:04-cr-00029 (D. Minn.) | 18 USC §2339B Conspiracy to Provide Material Resources and Support to a Designated FTO | G | 92 Months | Conspired with others to provide material support to al-Qaeda in the form of personnel, training and currency. Traveled to Afghanistan to attend an al-Qaeda training camp outside Kabul where he trained along other jihadists for 5 months. Then traveled to the al Faruq training camp, where he received further training and met Osama Bin Laden, shared a meal with him, and told agents he found Bin Laden to be very inspirational. Subsequently worked at an al-Qaeda guesthouse and clinic. Returned to US, sent money to a former training camp commander. *See* ECF No. 171. |

5

| Name | Case | Charge | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Avin Marsalis Brown | 5:14-cr-00058 (E.D.N.C.) | 18 USC §2339A.F Conspiracy to Provide Material Support and Resources, knowing and intending that they be used in preparation for, and in carrying out, a violation of 18 USC §956 (conspiracy to kill or maim persons outside the United States.) | G | 92 Months | Spoke to undercover about desire to fight overseas in Syria or Yemen with groups including al-Qaeda in the Arabian Peninsula (AQAP), the Islamic State of Iraq and Sham (ISIS), and jabhat al-Nusrah (JAN). Discussed weapons in Jordan's possession including AK-47, and how he would not hesitate to use them. Arrested at airport trying to board flight to Turkey. *See* ECF No. 1. |
| Akba Jihad Jordan | 5:14-cr-00058 (E.D.N.C.) | 18 USC §2339A.F Conspiracy to Provide Material Support and Resources, knowing and intending that they be used in preparation for, and in carrying out, a violation of 18 USC §956 (conspiracy to kill or maim persons outside the United States.) | G | 108 Months | Spoke to undercover about desire to fight overseas in Syria or Yemen with groups including al-Qaeda in the Arabian Peninsula (AQAP), the Islamic State of Iraq and Sham (ISIS), and jabhat al-Nusrah (JAN). Discussed weapons in Jordan's possession including AK-47, and how he would not hesitate to use them. *See* ECF No. 1. |
| Narseal Batiste | 1:06-cr-20373 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support for Terrorists, 18 USC §844H.F Explosives Used in Commission of Felony, 18 USC §2384.F Seditious Conspiracy | NG-jury trial | 162 Months | Leader of conspiracy to provide support to Al Qaeda. Coordinated efforts in kidnaping the informants to ascertain whether they were working for the government; pledged oath of loyalty to Al Qaeda; Abraham and Batiste drove informant around Miami suggesting targets for Al Qaeda to blow up; Rotschild, Phanor, and Batiste took photographs and videos of Federal Buildings which they believed Al Qaeda wanted to target for destruction; and Burson was present and standing guard as a look-out for Batiste during several of his meetings with the informant in which the photographs and videos were provided and discussed. *See* ECF No. 1451. |
| Patrick Abraham | 1:06-cr-20373 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support to Terrorists, 18 USC §844H.F Explosives Used in Commission of Felony | NG-jury trial (41 days) | 172 Months and 15 Days | Conspired with Batiste as leader to provide support to Al Qaeda. Coordinated efforts in kidnaping the informants to ascertain whether they were working for the government; pledged oath of loyalty to Al Qaeda; Abraham and Batiste drove informant around Miami suggesting targets for Al Qaeda to blow up; Rotschild, Phanor, and Batiste took photographs and videos of Federal Buildings which they believed Al Qaeda wanted to target for destruction; and Burson was present and standing guard as a look-out for Batiste during several of his meetings with the informant in which the photographs and videos were provided and discussed. *See* ECF No. 1451. |

| Name | Case | Charge | Disposition | Sentence | Description |
|---|---|---|---|---|---|
| Stanley Grant Phanor | 1:06-cr-20373 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support for Terrorists | NG-jury trial (41 days) | 96 Months | Conspired with Batiste as leader to provide support to Al Qaeda. Coordinated efforts in kidnaping the informants to ascertain whether they were working for the government; pledged oath of loyalty to Al Qaeda; Abraham and Batiste drove informant around Miami suggesting targets for Al Qaeda to blow up; Rotschild, Phanor, and Batiste took photographs and videos of Federal Buildings which they believed Al Qaeda wanted to target for destruction; and Burson was present and standing guard as a look-out for Batiste during several of his meetings with the informant in which the photographs and videos were provided and discussed.  *See* ECF No. 1451. |
| Burson Augustin | 1:06-cr-20373 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support for Terrorists | NG-jury trial (41 days) | 72 Months | Conspired with Batiste as leader to provide support to Al Qaeda. Coordinated efforts in kidnaping the informants to ascertain whether they were working for the government; pledged oath of loyalty to Al Qaeda; Abraham and Batiste drove informant around Miami suggesting targets for Al Qaeda to blow up; Rotschild, Phanor, and Batiste took photographs and videos of Federal Buildings which they believed Al Qaeda wanted to target for destruction; and Burson was present and standing guard as a look-out for Batiste during several of his meetings with the informant in which the photographs and videos were provided and discussed.  *See* ECF No. 1451. |
| Rotschild Augustine | 1:06-cr-20373 (S.D. Fla.) | 18 USC §2339A.F Providing Material Support for Terrorists | NG-jury trial (41 days) | 84 Months | Conspired with Batiste as leader to provide support to Al Qaeda. Coordinated efforts in kidnaping the informants to ascertain whether they were working for the government; pledged oath of loyalty to Al Qaeda; Abraham and Batiste drove informant around Miami suggesting targets for Al Qaeda to blow up; Rotschild, Phanor, and Batiste took photographs and videos of Federal Buildings which they believed Al Qaeda wanted to target for destruction; and Burson was present and standing guard as a look-out for Batiste during several of his meetings with the informant in which the photographs and videos were provided and discussed.  *See* ECF No. 1451. |

7

| Name | Case | Charges | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Nima Ali Yusuf | 3:10-cr-04551 (S.D. Cal.) | 18 USC §2339B(a)(1) - Conspiracy to Provide Material Support to FTO | G | 96 Months | Sent approx. $1,450 to men fighting in Somalia for al Shabaab, and to lied to federal agents about it. Tried to help co-conspirator recruit a local man to go and fight for al Shabaab. When co-conspirator told Yusuf that al Shabaab had completed a successful "martyrdom operation" in which Burundian peacekeeping troops were killed, Yusuf responded, "Oh my God. God is great. Wonderful. I swear to God, you told me something to be happy about." See Dec.11, 2012 DOJ/FBI press release. |
| Pratheepan Thavaraja | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support to Terrorists; 18 USC §371 Conspiracy to Defraud the United States | G | 108 Months | Senior procurement agent for the Liberation Tigers of Tamil Eelam (LTTE), a designated foreign terrorist organization. Involved in the purchasing improvised explosive devices, missiles, machine guns, artillery, radar, and other equipment and technology from countries around the world, including US. A single spreadsheet of priority items to purchase, found on Thavaraja's computer, totaled $20 million in arms and equipment. It included, among other things, six 25mm Anti Aircraft Guns, six 30 mm Twin Barrel Mounted Naval Guns, thousands of automatic rifles, millions of rounds of ammunition, grenade launchers, 50 tons of C4 explosive, five tons of Phlegmatized RDX explosive, 50 tons of TNT - based on Chinese specification and 50 tons of Tritonal explosive. See ECF No. 344 |
| Murugesu Vinayagamoorthy | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists | G (w/ attempt w/d) | Time-Served | A London physician, was a senior representative of the LTTE and undertook various projects around the world on behalf of LTTE leadership in Sri Lanka. See ECF No. 344 |
| Vijayshanthar Patpanathan | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists | G | Time-Served | The secretary of the American branch of the LTTE. Supported director an leaders in fundraising. See ECF No. 344 |
| Karunakaran Kandasamy | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists; 18 USC §1956(a)(3) Money Laundering - Interstate Commerce | G | Time-Served | Director of the American branch of the LTTE. Oversaw LTTE fundraising activities in US and arranged for prominent LTTE supporters from US to travel to LTTE-controlled areas of Sri Lanka and meet with LTTE leadership about support activities. See ECF No. 344 |

8

| Name | Case No. | Charge | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Suresh Sriskandarajah | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists | G | 24 Months | LTTE supporter who facilitated transactions for the LTTE in the purchase of military equipment. (PSR § 17). Assisted in researching and procuring aviation equipment, cell towers, submarine and warship design software, and communications equipment. Sent three students he recruited to Sri Lanka to conduct smuggling operations for the LTTE. *See* ECF No. 526. |
| Ramanan Mylvaganam | 1:06-cr-00616 (E.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists | G | Time-Served | Conspired with Suresh Sriskandarajah to purchase approximately $22,000 worth of submarine and warship design software from a United Kingdom company at the request of Pratheepan Thavarajah. *See* ECF No. 467 |
| Fawzi Mustapha Assi | 2:98-cr-80695 (E.D. Mich.) | 18 USC §2339B(a)(1) Material Support to Designated FTO | G | 120 Months | Boarded a flight to Lebanon. Stopped by authorities. Had two Boeing global positioning satellite modules, night vision goggles, and a thermal imaging camera that he was attempting to provide to Hizballah. *See* ECF No. 140. |
| Nuradin M. Abdi | 2:04-cr-00088 (S.D. Ohio) | 18 USC §2339A Conspiracy to Provide Material Support to Terrorists | G | 120 Months - Rule 11(c)(1)(C) plea | Befriended Christopher Paul (below) and made plans to travel to overseas training camps to prepare himself for violent jihad. Planned to attend a training camp in Ethiopia, but traveled to Kenya and learned that the camp no longer existed. Then went to Somalia, met with a warlord associated with Islamic extremists. Abdi returned to the United States in March 2000. Later told FBI agents that in August 2002 he proposed a plot to bomb a shopping mall. *See* ECF No. 223; July 31, 2007 DOJ Press Release #07-568 |
| Christopher Paul | 2:07-cr-00087 (S. D. Ohio) | 18 USC §2332(a) Use of Certain Weapons of Mass Destruction | G | 240 Months | Traveled to Pakistan and Afghanistan to join the mujahedeen. At an al Qaeda training camp in Afghanistan, received initial training in the use of assault rifles, rocket-propelled grenades, and small unit tactics. Joined al Qaeda and stayed at a guesthouse, exclusively for al Qaeda members. Then selected for, and obtained, advanced training in explosives, climbing, and military history. Fought in Afghanistan alongside other mujahedeen. Returned to Ohio, and began recruiting individuals with extremist intentions to establish a jihadist group in Ohio. Conducted military-type training at Ohio state park. Traveled to Germany and provided explosives training Islamic terror cell there. *See* February 26, 2009 DOJ press release #09-171 |

9

| Name | Case No. | Charges | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Colleen R. LaRose, aka "Jihad Jane," | 2:10-cr-00123 (E.D. Pa.) | 18 USC §2339A Conspiracy to Provide Material Support to Terrorists; 18 USC §956(a) Conspiracy to Kill in a Foreign Country;18 USC §1001 False Statement to Government Official; 18 USC §1028(a)(2), (b)(4), (f) Attempted Identity Theft | G | 120 Months | Recruited men on the Internet to wage violent jihad in South Asia and Europe, and recruited women on the Internet who had passports and the ability to travel to and around Europe in support of violent jihad. Plans included martyring herself, soliciting funds for terrorists, soliciting passports and avoiding travel restrictions. Received a direct order, and agreed, to kill a citizen and resident of Sweden, and to do so in a way that would frighten The whole Kufar [non-believer] world. Discussed that her appearance and American citizenship would help her blend in while carrying out the plan. Traveled to Europe and tracked the intended target online in an effort to complete her task. *See* ECF No. 72. |
| Jamie Paulin Ramirez | 2:10-cr-00123 (E.D. Pa.) | 18 USC §2339(a) Conspiracy to Provide Material Support to Terrorists | G | 96 Months | Co-conspirator with LaRose (above) |
| Ali Yasin Ahmed | 1:12-cr-00661 (E.D.N.Y.) | 18 USC §2339(a) Conspiracy to Provide Material Support to FTO | G | 132 Months | Served as members of al-Shabaab in Somalia, where they agreed with others to support al-Shabaab and its extremist agenda. Defendants Mohamed Yusuf and Ali Yasin Ahmed fought in battles in Somalia against African Union forces. Defendant Madhi Hashi was a close associate of American-born jihadist Omar Hammami, with ties to a known al-Shabaab suicide bomber. In addition, defendant Yusuf is featured in an al-Shabaab propaganda video. *See* ECF No. 339. |
| Madhi Hashi | 1:12-cr-00661 (E.D.N.Y.) | 18 USC §2339(a) Conspiracy to Provide Material Support to FTO | G | 108 Months | Served as members of al-Shabaab in Somalia, where they agreed with others to support al-Shabaab and its extremist agenda. Defendants Mohamed Yusuf and Ali Yasin Ahmed fought in battles in Somalia against African Union forces. Defendant Madhi Hashi was a close associate of American-born jihadist Omar Hammami, with ties to a known al-Shabaab suicide bomber. In addition, defendant Yusuf is featured in an al-Shabaab propaganda video. See ECF No. 339. |
| Mohamed Yusuf | 1:12-cr-00661 (E.D.N.Y.) | 18 USC §2339(a) Conspiracy to Provide Material Support to FTO | G | 132 Months | Served as members of al-Shabaab in Somalia, where they agreed with others to support al-Shabaab and its extremist agenda. Defendants Mohamed Yusuf and Ali Yasin Ahmed fought in battles in Somalia against African Union forces. Defendant Madhi Hashi was a close associate of American-born jihadist Omar Hammami, with ties to a known al-Shabaab suicide bomber. In addition, defendant Yusuf is featured in an al-Shabaab propaganda video. *See* ECF No. 339. |

| Name | Case | Charges | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Adham Amin Hassoun | 0:04-cr-60001 (S.D. Fla.) | 18 USC §956(f) Conspiracy to Injure Property of Foreign Government; 18 USC §371(f) Conspiracy to Defraud the United States; 18 USC §2339(a)(f) Providing Material Support to Terrorists | NG-Jury Trial (56 days) | 188 Months | Part of a North American support cell designed to send money, physical assets, and mujahideen recruits to overseas jihad conflicts. See ECF No. 1402. |
| Kifah Wael Jayyous | 0:04-cr-60001 (S.D. Fla.) | 18 USC §956(f) Conspiracy to Injure Property of Foreign Government; 18 USC §371(f) Conspiracy to Defraud the United States; 18 USC §2339(a)(f) Providing Material Support to Terrorists | NG-Jury Trial (56 days) | 152 Months | Part of a North American support cell designed to send money, physical assets, and mujahideen recruits to overseas jihad conflicts. See ECF No. 1402. |
| Jose Padlilla | 0:04-cr-60001 (S.D. Fla.) | 18 USC §956(f) Conspiracy to Injure Property of Foreign Government;18 USC §371(f) Conspiracy to Defraud the United States; 18 USC §2339(a)(f) Providing Material Support to Terrorists | NG-Jury Trial (56 days) | 252 Months | Part of a North American support cell designed to send money, physical assets, and mujahideen recruits to overseas jihad conflicts. traveled overseas to receive violent jihad training and to fight violent jihad, which would include acts of murder, kidnapping and maiming, from October 1993 to November 2001. See ECF No. 1402. |
| Nancy Conde Rubio | 1:07-cr-00248 (D.D.C.) | 18 USC §2339B(1)(1); 18 USC §2; Providing Material Support or Resources to Terrorists | G | 138 Months | FARC 1st Front's fourth-ranking member- one of the leaders of logistical support network. Commander and Rubio directed other members of the logistical support network to obtain materials and supplies. Used profits from the sale of cocaine to procure communications equipment purchased in the United States to support FARC in executing violent terrorist acts. See ECF No. 39-40. |
| Ana Isabel Pena Arevalo | 1:07-cr-00248 (D.D.C.) | 18 USC §2339B(a)(1); Providing Material Support or Resources to Terrorists; Conspiracy to Provide Material Support or Resources to a Designated FTO | G | 31 Months | Co-conspirator with Rubio (above). Owned and operated a call center on behalf of the FARC. Call center was used to deliver and receive messages, and as a drop-off and pick-up cite for money. See ECF No. 43. |
| Luz Mery Gutierrez Vergara | 1:07-cr-00248 (D.D.C.) | 18 USC §2339B(a)(1); Providing Material Support or Resources to Terrorists; Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization. | G | 31 Months | Co-conspirator with Rubio (above). Owned and operated a call center on behalf of the FARC. Call center was used to deliver and receive messages, and as a drop-off and pick-up cite for money. See ECF No. 46. |
| Mohamud Abdi Yusuf | 4:10-cr-00547 (E.D.Mo.) | 18 USC §2339B(a)(1); Providing Material Support or Resources to Terrorists; Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization. | G | 140 Months | Solicited money and coordinated the transfer of the money to al-Shabaab. See ECF No. 118. |

11

| Name | Case No. | Charge | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Imran Mandhai | 0:02-cr-60096 (S.D. Fla.) | 18 USC §844(n) Conspiracy to Destroy Property Affecting Interstate Commerce | G | 168 Months | Conspired to blow up at least two Florida buildings in the name of jihad. *See* ECF No. 82, 128. |
| Shueyb Mossa Jokhan | 0:02-cr-60096 (S.D. Fla.) | 18 USC §844(n) Conspiracy to Destroy Property Affecting Interstate Commerce | G | 58 Months | Conspired with Mandhai (above) to blow up at least two Florida buildings in the name of jihad. *See* ECF No. 82, 128. |
| Jamal Yousef | 1:08-cr-01213 (S.D.N.Y.) | 18 USC §2339B.F Conspiracy to Provide Material Support to FTO | G | 144 Months | From July 2008 through July 2009, in exchange for more than a ton of cocaine, Yousef and others agreed to provide individuals whom he believed to be representatives of the FARC, but were actually confidential informants working with the DEA, with AR-15 and M-16 assault rifles, M-60 machine guns, C-4 explosives, rocket-propelled grenades, and other military items they claimed had been stolen from U.S. forces in Iraq. *See* ECF No. 87. |
| Ali Saleh Kahlah al-Marri | 1:09-cr-10030 (C.D. Ill) | 18 USC §2339B(a)(1): Providing Material Support to FTO | G | 100 Months | From 1998-2001, attended terrorist training camps, learned al-Qaeda tradecraft and was dispatched by the highest levels of al-Qaeda to carry out its terrorist objectives in America. Instructed by Khalid Sheikh Mohammed to enter the United States no later than Sept. 10, 2001, with an understanding that he was to remain in the United States for an undetermined length of time. After arriving back in the US, Al-Marri researched the use of chemical weapons, potential targets and maximum casualties. *See* ECF No. 36. |
| Gufran Ahmed Kauser Mohammed | 1:13-cr-20364 (S.D. Fla.) | 18 USC §2339 Conspiring to Provide Material Support to FTO | G | 180 Months | Sent a series of wire transfers to coconspirator Mohamed Hussein Said for the purpose of supporting al-Shabaab, and to an individual whom he believed was a terrorist fundraiser, recruiter, and supplier for the purpose of supporting al-Qa'ida and AQI/al-Nusrah Front. Agreed to support al-Qa'ida and AQI/al-Nusrah Front by recruiting individuals to fight in the conflict in Syria. Earmarked certain financial contributions for the purpose of buying weapons and funding attacks on United States citizens or the United Nations. *See* ECF No. 76. |
| Mohamed Hussein Said | 1:13-cr-20364 (S.D. Fla.) | 18 USC §2339 Conspiring to Provide Material Support to FTO | G | 180 Months | Co-conspirator w/ Mohammed (above). Served as recruiter and fundraiser for Al-Shabab in Kenya. *See* ECF No. 233. |

12

| Name | Case No. | Charges | Plea/Trial | Sentence | Description |
|---|---|---|---|---|---|
| Shukri Abu Baker | 3:04-cr-00240 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support or Services to Designated FTO or Terrorist (10 counts material support to organization, 11 counts funds, goods, or services to terrorist); 18 USC §1956 Conspiracy to Commit and the Commission of Money Laundering (10 counts); 18 USC §371 Conspiracy to Impede and Impair the Internal Revenue Service (IRS); 26 USC §7206 Filing False Tax Return | NG-Jury Trial (50 days) | 780 Months | One of the leaders of Holy Land Foundation for Relief and Development (HLF) based out of Texas who raised and provided money to Hamas. provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad. *See* ECF No. 1513. |
| Mohammad El-Mezain | 3:04-cr-00240 (N.D. Tex) | 18 USC §2339 Conspiring to Provide Material Support to FTO | NG-Jury Trial (50 days) | 180 Months | One of the leaders of Holy Land Foundation for Relief and Development (HLF) who raised and provided money to Hamas. provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad. *See* ECF No. 1513. |
| Ghassan Elashi | 3:04-cr-00240 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support or Services to Designated FTO or Terrorist (10 counts material support to organization, 11 counts funds, goods, or services to terrorist); 18 USC §1956 Conspiracy to Commit and the Commission of Money Laundering (10 counts); 18 USC §371 Conspiracy to Impede and Impair the Internal Revenue Service (IRS); 26 USC §7206 Filing False Tax Return | NG-Jury Trial (50 days) | 780 Months | One of the leaders of Holy Land Foundation for Relief and Development (HLF) based out of Texas who raised and provided money to Hamas. provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad. *See* ECF No. 1513. |
| Mufid Abdulqader | 3:04-cr-00240 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support or Services to Designated FTO and Specially Designated Terrorist; 18 USC §1956 Conspiracy to Commit Money Laundering | NG-Jury Trial (50 days) | 240 Months | One of the leaders of Holy Land Foundation for Relief and Development (HLF) based out of Texas who raised and provided money to Hamas. provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad. *See* ECF No. 1513. |

13

| Name | Case | Charges | Plea/Trial | Sentence | Description |
|---|---|---|---|---|---|
| Abdulrahman Odeh | 3:04-cr-00240 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support and Services to Designated FTO and Specially Designated Terrorist, 18 USC §1956 Conspiracy to Commit Money Laundering | NG-Jury Trial (50 days) | 180 Months | One of the leaders of Holy Land Foundation for Relief and Development (HLF) based out of Texas who raised and provided money to Hamas. provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad. *See* ECF No. 1513. |
| Mohammed Mosharref Hossain | 1:04-cr-00402 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support and Services to Designated FTO; 18 USC §1958 Money Laundering | NG - jury trial | 180 Months | Imams and mosque leaders who conspired to assist in the secret importation of a surface-to-air missile that would be used in an attack in New York City. *See* ECF No. 440. |
| Yassin Muhiddin Aref | 1:04-cr-00402 (N.D. Tex) | 18 USC §2339 Conspiracy to Provide Material Support and Services to Designated FTO; 18 USC §1958 Money Laundering | NG - jury trial | 180 Months | Imams and mosque leaders who conspired to assist in the secret importation of a surface-to-air missile that would be used in an attack in New York City. *See* ECF No. 440. |
| Patrick Nayyar | 1:09-cr-01037 (S.D.N.Y.) | 18 USC §2339 Providing Material Support or Resources to Terrorists; 18 USC §371 Conspiracy to Defraud the United States | NG - jury trial | 180 Months | Conspired with a co-defendant and informat and agreed to sell guns, ammunition, vehicles, bulletproof vests, and night-vision goggles to the confidential informant to support Hizbollah. *See* ECF No. 71. |
| Tarek Mehanna | 1:09-cr-10017 (D. Mass) | 18 USC §2339 Conspiring to and Providing Material Support to FTO and Providing Material Support; 18 USC §956 Conspiracy to Commit Murder in a Foreign Country; 18 USC §1001 Conspiracy to Make False Statements to the FBI, Making False Statements (2 counts) | NG-Jury Trial (37 days) | 210 Months | Discussed with co-conspiarators, desire to participate in violent jihad against American interests and talked about fighting jihad and their desire to die on the battlefield. Traveled to the Middle East in 2004 with two associates, seeking military-type training at a terrorist training camp that would prepare them for armed jihad against U.S. interests, including U.S. and allied forces in Iraq. Returned to United States, continued efforts to provide support by, among other things, translating and posting on the Internet al Qaeda recruitment videos and other documents. Interviewed by federal authorities and provided false information and made fraudulent and fictitious statements. Lied to the FBI concerning where co-conspirator was living and what he was doing. when in fact, co-conspirator was in Somalia receiving military-type training for jihad. Admitted in recorded conversations, that he had lied to the FBI about Maldonado's whereabouts and training in Somalia. *See* ECF No. 473. |

14

| Name | Case | Charges | | Sentence | Description |
|---|---|---|---|---|---|
| Munir Abdulkader | 1:16-cr-00019 (S.D. Ohio) | 18 USC §1114 - Attempted Murder of Government Employees and Officials; 18 USC §924(c) Possession of a Firearm in Furtherance of Attempted Crime of Violence; 18 USC §2339B Material Support to Designated FTO | G | 180 Months + 60 Months Consecutive | Originally sought to join ISIL abroad, but lISIL leadership advised him to plan attack within US instead. Acted pursuant to the specific instructions of ISIL operative plotted to murder a government employee who worked at a military base (soldier who served abroad), but to murder him at home by beheading him. Planned to attack a police station in the Cincinnati area, using both explosives and firearms, in order to kill as many police officers as possible. In preparation for attacks, conducted surveillance of the police station, received a targeting package about the victim, went to a shooting range, learned how to operate certain firearms, and practiced shooting the firearms. Bought an AK-47 assault rifle for the attack. Expressed support for beheadings. See ECF No. 51. |
| Wesam al-Delaema | 1:05-cr-00337 (D.D.C.) | 18 USC §2332(b)(2) Conspiracy to Murder United States Nationals Outside the United States | G | 300 Months | Agreed with co-conspirators to murder U.S. nationals in Iraq. Travelled to Fallujah declared intentions to kill Americans in Iraq using improvised explosive devices (IEDs). Al-Delaema and his co-conspirators discussed and demonstrated, on video, the way in which the IEDs they had buried in a road near Fallujah would be detonated and would destroy American vehicles driving on the road and kill the American occupants of those vehicles. Al-Delaema and a co-conspirator demonstrated the components of an IED buried in the road, and filmed the effects of roadside attacks in Iraq. After returning to the Netherlands, continued to attempt to obtain propaganda videos for those seeking to kill Americans in Iraq, frequently attempting to obtain raw footage of attacks on Americans in Iraq. Ppossessed video images of himself and his co-conspirators documenting their intentions to kill Americans in Iraq and their acts in furtherance of their conspiracy. See ECF No. 93. |
| Abdullahi Mohamud Yusuf | 0:15-cr-00046 (D. Minn) | 18 USC §2339 Conspiracy to Provide Material Support to FTO | G | Time-Served | Arrested at airport on his way to Turkey attempting to become an ISIL fighter. Lied to agents, and made accusation of profiling based on race and religion. Had Yusuf been truthful and forthcoming in response to questioning, Abdi Nur (co-conspirator) would probably have been denied boarding the next day. Instead, Abdi Nur, who was not at the time known to law enforcement, left, reached Syria, and is now presumed dead. See ECF No. 98. |

15

| Name | Case | Charges | Plea | Sentence | Notes |
|---|---|---|---|---|---|
| Virgil Flaviu Georgescu | 1:14-cr-00799 (S.D.N.Y) | 18 USC §1117.F Conspiracy to Murder Officers and Employees of the United States; 18 USC §2339B.F Conspiracy to Provide Material Support or Resources to Terrorists | NG - jury trial | 120 Months | Agreed to Provide Military-Grade Weapons to be Used to Shoot Down American Aircraft in Colombia. *See* ECF No. 132. |
| Cristian Vintila | 1:14-cr-00799 (S.D.N.Y) | 18 USC §1117.F Conspiracy to Murder Officers and Employees of the United States; 18 USC §2339B.F Conspiracy to Provide Material Support or Resources to Terrorists | G | 48 Months | Co-conspirator with Georgescu (above) |
| Massimo Romagnoli | 1:14-cr-00799 (S.D.N.Y) | 18 USC §1117.F Conspiracy to Murder Officers and Employees of the United States; 18 USC §2339B.F Conspiracy to Provide Material Support or Resources to Terrorists | G | 48 Months | Co-conspirator with Georgescu (above) |
| Mohammad Zaki Amawi | 3:06-cr-00719 (N.D. Ohio) | 18USC §956(a)(1) Conspiracy to kill, kidnap, main, or injury persons outside of the United States.; 18 USC §2339A Conspiracy to Provide Material Support or Resources to Terrorists; 18USC§842(p)(2)(A) Distributing information regarding explosives. | NG - jury trial | 240 Months | Conspired to kill or maim persons outside the US, including US armed forces personnel in Iraq. Conducted firearms training and accessed and copied instructions in the construction and use of explosives – including IEDs and suicide bomb vests. Conspired to recruit others to participate in jihad training; researched and solicited funding sources for such training; and proposed sites for training in firearms, explosives and hand-to-hand combat to prospective recruits. Distributed a step-by-step guide for manufacturing chemical explosive compounds, and a video entitled, "Martyrdom Operation Vest Preparation," which described the step-by-step construction and use of a suicide bomb vest. Distributed these materials with the intent that they be used for training others to commit a crime of violence, including the killing of U.S. nationals overseas. *See* ECF No. 986; Oct. 22, 2009 |

16

| Name | Case | Charges | Plea | Sentence | Description |
|---|---|---|---|---|---|
| Marwan Othman El-Hindi | 3:06-cr-00719 (N.D. Ohio) | 18USC §956(a)(1) Conspiracy to kill, kidnap, main, or injury persons outside of the United States.; 18 USC §2339B.F Conspiracy to Provide Material Support or Resources to Terrorists; 18USC§842(p)(2)(A) Distributing information regarding explosives. | NG - jury trial | 144 Months | Conspired to kill or maim persons outside the US, including US armed forces personnel in Iraq. Conducted firearms training and accessed and copied instructions in the construction and use of explosives – including IEDs and suicide bomb vests. Conspired to recruit others to participate in jihad training; researched and solicited funding sources for such training; and proposed sites for training in firearms, explosives and hand-to-hand combat to prospective recruits. Distributed a slide show demonstrating the preparation and use of IEDs against apparent U.S. military vehicles and personnel, as well as the video entitled "Martyrdom Operation Vest Preparation." *See* ECF No. 986; Oct. 22, 2009 DOJ Press Release #09-1136. |
| Wassim I. Mazloum | 3:06-cr-00719 (N.D. Ohio) | 18USC §956(a)(1) Conspiracy to kill, kidnap, main, or injury persons outside of the United States.; 18 USC §2339A Conspiracy to Provide Material Support or Resources to Terrorists | NG - jury trial | 100 Months | Conspired to kill or maim persons outside the US, including US armed forces personnel in Iraq. Conducted firearms training and accessed and copied instructions in the construction and use of explosives – including IEDs and suicide bomb vests. Conspired to recruit others to participate in jihad training; researched and solicited funding sources for such training; and proposed sites for training in firearms, explosives and hand-to-hand combat to prospective recruits. *See* ECF No. 986; Oct. 22, 2009 DOJ Press Release #09-1136. |
| Babar Ahmad | 3:04-cr-00301-JCH | 18 USC §2339A Provide Material Support or Resources to Terrorists | G | 150 Months | Provided material support unprecedented in scope to terrorists for over seven years. Conspired with others to provide material support for terrorism through Azzam.com by soliciting and conspiring to provide funds and military equipment, and by facilitating the travel of individuals to attend training camps in Afghanistan. Efforts were intended to support the Taliban regime in Afghanistan, and were done knowing that such support would be used in preparation for or in carrying out a conspiracy to commit murder, kidnaping, or maiming, and a conspiracy to kill nationals of the U.S. while such nationals were outside the U.S. *See* ECF No. 108; July 16, 2014 D. Conn. DOJ Press release. |
| Syed Talha Ahsan | 3:06-cr-00194-JCH | 18 USC §2339A Provide Material Support or Resources to Terrorists | G | Time-Served | Assisted Ahmad (above).See ECF No. 108 |

17