IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:16CR143 |
| ) | |
| MOHAMAD JAMAL KHWEIS, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

**DEFENDANT'S POSITION ON SENTENCING – EXHIBIT E**

Letters on Behalf of Mr. Khweis

[FILED UNDER SEAL]