IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 1:16CR143 |
| ) | |
| MOHAMAD JAMAL KHWEIS,  ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S POSITION ON SENTENCING – EXHIBIT F**

Letters and Certificates from Alexandria Detention Center




# City of Alexandria, Virginia
## Sheriff's Office

**Dana Lawhorne**
*Sheriff*

Administrative Office
Detention Center
2003 Mill Road
Alexandria, VA 22314
703.746.4114

Courthouse
Judicial - Legal Process
520 King Street, Suite 308
Alexandria, VA 22314
703.746.4120

September 19, 2017

To Whom It May Concern:

Re: Jail Adjustment Letter – Inmate Mohamad Jamal Khweis ID #A0170896

Inmate Khweis has been incarcerated at the Alexandria Detention Center since June 9, 2016.

During this period of incarceration Inmate Khweis has participated in the following programs: Bible Classes, Alpha Group Study, Discipleship Classes, Church Morning/Evening Services, Catholic Mass, Narcotics Anonymous, Health Education, Motivational Program, Path for Peace, Mindfulness Program, Life Learning Program, NOVA Open Road college courses, Re-Entry Life Skills Coaching, Motivational Program, Resource & Community Services Workshop and Art Class/Contest.

Inmate Khweis has incurred no major or minor infractions during this period of incarceration.

If you should have any other questions or concerns regarding Inmate Khweis adjustment status, I may be reached at ███████.

Sincerely,

*Henry Young*
Henry Young
Inmate Classification Counselor

Accredited by the Commission on Accreditation for Corrections; National Commission on Correctional Health Care, and the Commission on Accreditation for Law Enforcement Agencies, Inc.

**Word Ministry of La Plata, Inc.**
"Serving the Body of Christ"

September 6, 2017

Honorable Judge Liam O'Grady
Albert V. Bryan U. S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

My name is Dennis A. Dew, Pastor, Word Ministry of La Plata, Inc., located in La Plata, Maryland.

I have had the privilege and pleasure, as a volunteer clergy, at the Alexandria Detention Center to have Mr. Mohammed Khweis participate in the Bible Study sessions that I've conducted at the Detention Center.

Mr. Khweis faithfully attended the Life Learning sessions prescribed by the Detention Center, in an effort to prepare him to reinter society as a positive influence in his community. Having had the opportunity to attend the Bible Studies and experience the Word of God, during his incarceration, Mr. Khweis understands and believes that through practical application of the scriptures found in the Bible, he can live a life that will indeed bring honor to God, himself, his family, and the community, and he is committed to doing so. I believe Mr. Khweis can and will be a positive influence in the community. I truly believe that having experienced being incarcerated and having the opportunity to slow down and reevaluate his lifestyle, Mr. Khweis has learned from biblical principles that he can live a life that will bring honor to himself, family, and community.

Respectfully submitted,

*Dennis A. Dew*

Pastor, Dennis A. Dew
"Serving the Body of Christ"

La Plata, MD 20646                    Tele:
Fax:



William G. Truesdale Adult Detention Center
2001 Mill Road
Alexandria, VA 22314

September 12, 2017

RE: Mohamed Khweis

To Whom It May Concern:

    Mohamed Khweis is participating in the Open Roads college program at the William G. Truesdale Adult Detention Center in Alexandria, VA. This program offers college courses facilitated by Northern Virginia Community College (NVCC).

    Mr. Khweis completed HIS 121- United States History I, a three credit history course taught in an 8-week session that meets 3 times a week for 1 hour and 50 minutes each class. This course provides an overview of the United States from its early beginnings through the Civil War. He completed the class on May 7, 2017 earning an 'A' in the class.

    Mr. Khweis is currently enrolled in CST 126- Interpersonal Communication, a three credit communication course taught in an 8-week session that meets 3 times a week for 1 hour and 50 minutes each class. This course teaches interpersonal communication skills for both daily living and the world of work as it applies to perception, self-concept, self-disclosure, listening and feedback, nonverbal communication, attitudes, assertiveness, conflict resolution, and other interpersonal skills. He is set to complete the class on October 15, 2017.

    Please feel free to contact me if you have further questions.

Sincerely,

Krista M Sofonia, M.A., NCC
NVCC Adjunct/Inmate Education Coordinator
Phone:
Email:

Alexandria Campus
5000 Dawes Avenue, Alexandria, VA 22311-5097
phone: 703-845-6200
www.nvcc.edu

# CERTIFICATE
## *of* PARTICIPATION

*This certifies that*

### MOHAMAD KHWEIS

*Has successfully completed* __4__ *of the four sessions*

**OPEN DISCUSSION CLASS**

*August 7 to August 28, 2017*
*Alexandria, Virginia*

August 28, 2017
DATE

Anne L'Heureux / Anne Rensberger
LIFE SKILLS COACH

# CERTIFICATE  PARTICIPATION

## Mohamad Jamal Khweis

HAS SUCCESSFULLY COMPLETED THE THREE-WEEK

## INTRODUCTION TO PUBLIC SPEAKING



PRESENTED BY: *Anne M. Rensberger and Anne L'Heureux*

ON THIS DAY: March 27, 2017