IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No: 1-16-CR-143-LO |
| v. | ) | |
| | ) | Filed with Classified Information |
| MOHAMAD JAMAL KHWEIS | ) | Security Officer |
| | ) | <u>In Camera</u>, <u>Ex Parte</u>, |
| Defendant. | ) | <u>Under Seal</u> |

**(U) GOVERNMENT'S CLASSIFIED *EX PARTE*, *IN CAMERA* MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**