**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16CR143 |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF DEFENDANT'S MOTION TO SEAL

The defendant, through counsel, has this day filed the Defendant's Motion to Seal and Proposed Order, pursuant to Local Criminal Rule 49(E).

        Respectfully submitted,
        MOHAMAD JAMAL KHWEIS
        By counsel

        _____/s/_____
        Jessica N. Carmichael, Esq.
        Virginia Bar No. 78339
        HARRIS, CARMICHAEL, &
        ELLIS, PLLC
        1800 Diagonal Road, Suite 600
        Alexandria, Virginia 22314
        (703) 684-7908
        jcarmichael@harriscarmichael.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 20th day of October 2017, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3954
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

                     /s/
                 Jessica N. Carmichael, Esq.