**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 1:16CR143 |
| ) | |
| **Mohammed Jamal Khweis** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S NOTICE OF APPEAL

The defendant, by counsel, respectfully appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment Order entered on October 27, 2017.

Respectfully submitted,
MOHAMAD KHWEIS
By Counsel
/s/
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
HARRIS, CARMICHAEL, & ELLIS, PLLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com


/s/
John K. Zwerling, Esq.
Virginia Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 N. Alfred Street
Alexandria, VA 22314
703-684-8000
703-684-9700 (F)
jz@zwerling.com

## **CERTIFICATE OF SERVICE**

      I hereby certify, that on the November 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following and all parties to this action:

Dennis Fitzpatrick, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
Email: dennis.fitzpatrick@usdoj.gov

Raj Parekh, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: raj.parekh@usdoj.gov

                                                /s/
                                     Jessica N. Carmichael, Esq.