IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16cr143-LO |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Karen Ledbetter Taylor, Assistant United States Attorney in the Eastern District of Virginia, as additional counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3982
Email Address: Karen.Taylor2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of December 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Karen Ledbetter Taylor
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorney for the United States of America
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　Justin W. Williams U.S. Attorney's Building
　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　Phone: 703-299-3700
　　　　　　　　　　　　　　　　Fax: 703-299-3982
　　　　　　　　　　　　　　　　Email: Karen.Taylor2@usdoj.gov