IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16cr143-LO |
| | ) | |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF PUBLICATION AND
<u>FINALITY OF PRELIMINARY ORDER OF FORFEITURE</u>

The United States of America represents as follows:

1.    On August 1, 2017, this Court entered a Preliminary Order of Forfeiture (Dkt.# 219) as to the defendant, Mohamad Jamal Khweis, ordering the criminal forfeiture of property named in the attached declaration;

2.    The United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the above-referenced property in accordance with the law on an official government Internet site, <u>www.forfeiture.gov</u>, for thirty (30) consecutive days, beginning on October 25, 2017, and ending on November 23, 2017, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and 21 U.S.C. § 853(n)(1) & (2), thereby providing notice to any person asserting a legal interest in the property that he may, within 30 days of the final publication of the notice, petition the Court for a hearing to adjudicate the validity of the alleged interest (see attached Declaration of Publication);

3.    Personal notice was not sent as there were no individuals or entities known to have an alleged interest in the assets;

4.    No petitions asserting an interest in the property subject to forfeiture have been filed, and the time for doing so has expired; and

5.    The Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(7).

Accordingly, all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Preliminary Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:              / s /

Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: 703-299-3700
Facsimile Number: 703-299-3982
E-mail Address: karen.taylor2@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that, on the 29th day of December 2017, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send a notification of

such filing (NEF) to all counsel of record.

By:      /s/      
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: 703-299-3700
Facsimile Number: 703-299-3982
E-mail Address: karen.taylor2@usdoj.gov