IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16cr143-LO |
| | ) | |
| MOHAMAD JAMAL KHWEIS, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted for 30 consecutive days on an official Government Internet site, www.forfeiture.gov, beginning on October 25, 2017, and ending on November 23, 2017, as directed by the Attorney General pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, according to procedures described in Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (see Attachment).

I certify that the foregoing is true and correct.

Executed on this 26th day of December 2017.

Jennifer M. Stubbs, Esq.
FSA Contractor

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## COURT CASE NUMBER: 1:16CR143; NOTICE OF FORFEITURE

Notice is hereby given that on August 01, 2017, in the case of U.S. v. Mohamad Jamal Khweis, Court Case Number 1:16CR143, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous electronic equipment Ser No: see items list (16-FBI-006744), including the following items: 1 iPhone, Ser No: unknown; 1 Samsung Duos mobile phone, Ser No: R21GB22RJED; 1 BLU brand mobile phone, Ser No: unknown; 1 8 GB Micro SD card, Ser No: none; 1 1 SIM card, Ser No: none; 1 Avea SIM card, Ser No: unkonwn; 1 Micro SIM card, Ser No: unknown which was seized from Mohamad Jamal Khweis on March 14, 2016 at unknown, located in unknown,

Approximately $4,266.39 in U.S. and Foreign Currency (16-FBI-006749), including the following items: 1 $4,151.00 in U.S. Dollars; 1 20,000 Iraqi Dinar; 1 285 Turkish Lira which was seized from Mohamad Jamal Khweis on March 14, 2016 at unknown, located in unknown,

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 25, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. District Court, 401 Courthouse Square, Alexandria, VA  22314, and a copy served upon Assistant United States Attorney Karen Taylor, 2100 Jamieson Avenue, Alexandria, VA  22314. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.