# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314-5798

FILED
2018 FEB 21 P 3: 14
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**TO:** Ms. Jessica Carmichael

**RE:** United States vs. Mohamad Khweis

Case Number: 16CR143

Pursuant to the Local Court Rule, the following exhibits are being returned: Exhibits A-G resubmitted to the Court on April 25, 2017 during an Oral Argument hearing.

_____
Deputy Clerk

_____
Jessica Carmichael

2/21/18
Date